**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term

Grand Jury Sworn in on May 15, 2009

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO. |
| | ) | |
| | ) | GRAND JURY ORIGINAL |
| v. | ) | |
| | ) | VIOLATIONS: |
| | ) | |
| **STEPHEN JIN-WOO KIM,** | ) | **18 U.S.C. § 793(d)** |
| | ) | **(Unauthorized Disclosure of** |
| also known as Stephen Jin Kim, | ) | **National Defense Information)** |
| also known as Stephen Kim, | ) | **(Count One)** |
| also known as Leo Grace, | ) | |
| | ) | **18 U.S.C. § 1001(a)(2)** |
| | ) | **(False Statements)** |
| **Defendant.** | ) | **(Count Two)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**
**(Unauthorized Disclosure of National Defense Information)**

In or about June 2009, in the District of Columbia and elsewhere, the defendant, STEPHEN JIN-WOO KIM, also known as Stephen Jin Kim, also known as Stephen Kim, also known as Leo Grace, lawfully having possession of, access to, control over, and being entrusted with information relating to the national defense, to wit, the contents of an intelligence report marked TOP SECRET/SENSITIVE COMPARTMENTED INFORMATION that is known to the Grand Jury and identified herein by the last six digits of its report number, "3630-09," concerning intelligence sources and/or methods and intelligence about the military capabilities and preparedness of a particular foreign nation, which information the defendant had reason to believe could be used to the injury of the United States and to the advantage of a foreign nation, did knowingly and willfully communicate, deliver and transmit that aforesaid information to a person not entitled to receive it, to wit, a reporter for a national news organization.

(**Unauthorized Disclosure of National Defense Information,** in violation of Title 18, United States Code, Section 793(d).)

**COUNT TWO**
**(False Statements)**

On or about September 24, 2009, in the District of Columbia, the defendant, STEPHEN JIN-WOO KIM, also known as Stephen Jin Kim, also known as Stephen Kim, also known as Leo Grace, in a matter within the jurisdiction of the executive branch of the Government of the United States, namely the United States Department of Justice's Federal Bureau of Investigation, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, to wit, denying having had any contact with a named reporter for a national news organization since meeting the reporter in or about March 2009, when in truth and fact, as the defendant well knew, he had had repeated contact with said reporter in the months following that meeting.

(**False Statements,** in violation of Title 18, United States Code, Section 1001(a)(2).)

A TRUE BILL:


FOREPERSON


Attorney of the United States in
and for the District of Columbia