UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 10-225 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN JIN-WOO KIM, | ) | |
|    also known as Stephen Jin Kim, | ) | |
|    also known as Stephen Kim, | ) | |
|    also known as Leo Grace, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney G. Michael Harvey, D.C. Bar Number 447-465, telephone number (202) 305-4115; Assistant United States Attorney Jonathan M. Malis, D.C. Bar Number 454-548, telephone number (202) 305-9665; and Department of Justice Trial Attorney Patrick T. Murphy, New York Bar Number 2750602, telephone number (202) 305-7003; and this is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

By: _____
G. MICHAEL HARVEY
Assistant United States Attorney
D.C. Bar Number 447-465
National Security Section
United States Attorney's Office
555 4th Street, N.W., Room 11-439
Washington, D.C. 20530
Phone: (202) 305-4155
Michael.Harvey2@usdoj.gov

_____
JONATHAN M. MALIS
Assistant United States Attorney
D.C. Bar Number 454-548
National Security Section
United States Attorney's Office
555 4th Street, N.W., Room 11-447
Washington, D.C. 20530
Phone: (202) 305-9665
Jonathan.M.Malis@usdoj.gov


_____
PATRICK T. MURPHY
Trial Attorney
NY Bar Number 2750602
Counterespionage Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 305-7003
Patrick.Murphy@usdoj.gov


CERTIFICATE OF SERVICE

A copy of the foregoing was served by facsimile on counsel for the defendant, Abbe D. Lowell, Esq., McDermott Will & Emery LLP, 600 13th St., N.W., Washington, D.C. 20005 (facsimile: 202-756-8087), and Ruth Wedwood, Esq., 1619 Massachusetts Avenue, N.W., Washington, D.C. 20036 (facsimile: 202-663-5619).

_____
ASSISTANT UNITED STATES ATTORNEY