UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 10-225 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN JIN-WOO KIM, | ) | **FILED** |
| also known as Stephen Jin Kim, | ) | |
| also known as Stephen Kim, | ) | AUG 3 0 2010 |
| also known as Leo Grace, | ) | |
| | ) | Clerk, U.S. District and |
| Defendant. | ) | Bankruptcy Courts |

## ORDER

Upon consideration of the Government's unopposed request and the parties' representation that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) by the Metropolitan Police Department in this case, it is this 30th day of August 2010, hereby

ORDERED that on August 30, 2010, the defendant shall be accompanied by Special Agent Casey Farrell of the Federal Bureau of Investigation to the Central Cell Block of the Metropolitan Police Department for "routine processing" and that this be a condition of his being released on bond.

COLLEEN KOLLAR-KOTELLY
United States District Court Judge

cc: Government counsel
    Defense counsel