UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 10-225 (CKK) |
| | ) | |
| v. | ) | |
| | ) | PUBLIC VERSION |
| STEPHEN JIN-WOO KIM, | ) | |
|    also known as Stephen Jin Kim, | ) | |
|    also known as Stephen Kim, | ) | |
|    also known as Leo Grace, | ) | |
| | ) | |
|    Defendant. | ) | |

## NOTICE OF FILING

At the Status Hearing on October 11, 2011, the Parties updated the Court on their progress with respect to outstanding discovery issues. As mentioned at the hearing, and to further inform the Court, the United States hereby files with the Court all of the discovery correspondence between the Parties without the attachments, which are voluminous. As reflected below, many of the government's discovery productions and the defense's most recent discovery letter are classified. Therefore, the correspondence so marked has been filed under seal with the Classified Information Security Officer (CISO) pursuant to the Court's CIPA Protective Order [ECF Document 10]. Further, phone numbers, IP addresses, email account names, and names of third-parties have been redacted from the public filing to protect the privacy of those involved. Cf. F.R.Cr.P. 49.1.

| | | |
|---|---|---|
| 1. | September 14, 2010 | Defense letter (unclassified) |
| 2. | October 15, 2010 | Government production (unclassified) |
| 3. | October 29, 2010 | Government production (unclassified) |
| 4. | November 8, 2010 | Defense letter (unclassified) |
| 5. | November 15, 2010 | Government production (unclassified) |
| 6. | November 19, 2010 | Government production (classified) [filed under seal] |

| 7.  | November 19, 2010  | Government letter (classified) [filed under seal] |
| --- | --- | --- |
| 8.  | December 20, 2010  | Government production (unclassified) |
| 9.  | February 11, 2011  | Government production (unclassified) |
| 10. | February 18, 2011  | Government production (classified) [filed under seal] |
| 11. | February 18, 2011  | Government production (unclassified) |
| 12  | February 28, 2011  | Government production (unclassified) |
| 13. | March 8, 2011      | Government production (classified) [file under seal] |
| 14  | March 14, 2011     | Government production (classified) [file under seal] |
| 15. | March 18, 2011     | Government letter (classified) [file under seal] |
| 16  | April 16, 2011     | Government production (classified) [file under seal] |
| 17. | May 3, 2011        | Government production (classified) [file under seal] |
| 18. | May 19, 2011       | Government production (classified) [file under seal] |
| 19. | June 16, 2011      | Government production (classified) [file under seal] |
| 20. | June 16, 2011      | Government production (unclassified) |
| 21. | September 13, 2011 | Government production (classified) [file under seal] |
| 22. | September 22, 2011 | Government production (classified) [file under seal] |
| 23. | September 26, 2011 | Government production (classified) [file under seal] |
| 24. | October 6, 2011    | Defense letter (classified) [filed under seal] |

An unredacted version of this Notice of Filing and the above-listed correspondence was served upon counsel for the defendant through the CISO, in the same form as provided to the Court under seal.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar Number 447-889

By:

_____/s/_____
G. MICHAEL HARVEY
Assistant United States Attorney
D.C. Bar Number 447-465
National Security Section
United States Attorney's Office
555 4th Street, N.W., Room 11-858
Washington, D.C. 20530
Phone: (202) 252-7810
Michael.Harvey2@usdoj.gov


_____/s/_____
JONATHAN M. MALIS
Assistant United States Attorney
D.C. Bar Number 454-548
National Security Section
United States Attorney's Office
555 4th Street, N.W., Room 11-447
Washington, D.C. 20530
Phone: (202) 252-7806
Jonathan.M.Malis@usdoj.gov


_____/s/_____
DEBORAH CURTIS
Trial Attorney
CA Bar Number 172208
Counterespionage Section
U.S. Department of Justice
600 E Street, N.W.,
Washington, D.C. 20530
Phone: (202) 233-2113
Deborah.Curtis@usdoj.gov

## CERTIFICATE OF SERVICE

On this 13th day of October, 2011, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/
G. MICHAEL HARVEY
Assistant United States Attorney