

U.S. Department of Justice

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

October 15, 2010

**VIA E-MAIL AND FEDEX (with attachments)**

Abbe D. Lowell, Esq.
McDermott, Will & Emery, LLP
600 Thirteenth St., NW
Washington, D.C. 20005-3096
202-756-8001

Ruth Wedgwood, Esq.
1619 Massachusetts Ave., NW
Washington, D.C. 20036
202-663-5618

        Re: **United States v. Stephen Jin-Woo Kim**, Crim. No. 10-255 (CKK)

Dear Mr. Lowell and Ms. Wedgwood,

    To assist you in preparing for trial in this case, and pursuant to your request for Rule 16 discovery, enclosed please find one disk labeled "U.S. v. Stephen Kim, Discovery Disc # 1, US-0000001 to US-0002111," containing the Government's first production of unclassified discovery in the above-captioned matter.[1] We anticipate producing additional unclassified discovery to you on a rolling basis and will get those materials to you as soon as they become available.

---

[1] As mentioned orally at your client's initial appearance on August 27, 2010, we note here that prior to the indictment of your client and his arraignment in this case, the Government shared and reviewed with you substantial classified and unclassified documents and information.

**CONTENTS SUBJECT TO PROTECTIVE ORDER**
**ISSUED BY U.S. DISTRICT COURT ON OCTOBER 13, 2010**    -1-

I. **Unclassified Documents and Videos**

To assist you in your review of the enclosed documents and items, we assigned Bates numbers to them and provide the following index:

1. Federal Reserve Bank of New York records (US-0000001 to US-0000234);

2. Hanmi Bank records (US-0000235 to US-0000248);

3. JP Morgan Chase Bank records (US-0000249 to US-0000502);

4. Department of State (DoS) Federal Credit Union records (US-0000503 to US-0000631);

5. American Express records (US-0000632 to US-0000946);

6. Comcast subscriber and call detail records for (202) 506-▇▇▇ (US-0000947 to US-0001007);

7. Comcast Internet subscriber records for Stephen Kim (US-0001008)

8. Yahoo! subscriber and IP address records for ▇▇▇▇▇▇@yahoo.com (US-0001009 to US-0001114);

9. Yahoo! subscriber and IP address records for ▇▇▇▇▇▇@yahoo.com (US-0001115 to US-0001119);

10. Google subscriber and IP address records for ▇▇▇@gmail.com (US-0001120 to US-0001121);

11. AT&T subscriber and call detail records for (202) 777-▇▇▇ (US-0001122 to US-0001125);

12. AT&T subscriber records for (212) 601-▇▇▇ (US-0001126);

13. AT&T Wireless subscriber records for (202) 549-▇▇▇ (US-0001127 to US-0001128);

14. AT&T Wireless subscriber and call detail records for (202) 549-▇▇▇ (US-0001129 to US-0001137);

15. AT&T Wireless subscriber records for (202) 615-▇▇▇ (US-0001138 to US-0001139);

16. AT&T Wireless subscriber and call detail records for (202) 213-▇▇▇ (US-0001140 to

US-0001155);

17. TracFone subscriber records for (202) 213-███ (US-0001156 to US-0001159);

18. T-Mobile subscriber and call detail records for (703) 342-███ (US-0001160 to US-0001219);

19. Security video from the American Red Cross (US-0001220 to US-0001222);

20. Verizon subscriber records for (202) 824-███, (202) 861-███, and (202) 861-███ (US-0001223 to US-0001224);

21. Verizon subscriber and call detail records for (703) 883-███ (US-0001225 to US-0001230);

22. Verizon IP address records for 71.163.███ (US-0001231);

23. Verizon call detail records for (202) 824-███, (202) 861-███, and (202) 861-███ (US-0001232 to US-0001239);

24. Verizon subscriber records for the following phone numbers:

    a. (202) 293-███
    b. (202) 728-███
    c. (202) 824-███
    d. (202) 456-███
    e. (202) 456-███
    f. (202) 824-███
    g. (202) 824-███
    h. (202) 824-███
    i. (202) 824-███
    j. (202) 547-███
    k. (202) 647-███
    l. (202) 647-███
    m. (718) 720-███
    n. (703) 979-███
    o. (202) 628-███

(US-0001240 to US-0001248);

25. Verizon Wireless subscriber and call detail records for (202) 577-███ (US-0001249 to US-0001430);

26.  Verizon Wireless subscriber records for (202) 329-▮▮▮ (US-0001431 to US-0001432);

27.  Verizon Wireless subscriber records for (703) 472-▮▮▮ (US-0001433 to US-0001434);

28.  Passport applications for Stephen Kim (US-0001435 to US-0001437);

29.  Security banner for Stephen Kim's Unclassified and SECRET DoS computer systems (US-0001438);

30.  Security banner for Stephen Kim's TOP SECRET DoS computer system (US-0001439);

31.  DoS Bureau of Verification, Compliance and Implementation rotation duty rosters (US-0001440 to US-0001447);

32.  Security briefing forms for Stephen Kim (US-0001448 to US-0001480);

33.  Security debriefing forms for Stephen Kim (US-0001481 to US-0001482);

34.  Acknowledgment for Acceptable Use of Government-Issued Personal Digital Assistants (PDAs) for Stephen Kim (US-0001483 to US-0001484);

35.  Personal Custody Property Receipt for Stephen Kim (US-0001485);

36.  COMSEC Material Report form for Stephen Kim (US-0001486);

37.  DoS badge records for Stephen Kim (US-0001487 to US-0001579);

38.  DoS badge records (US-0001580 to US-0001582);

39.  DoS call detail records for (202) 316-▮▮▮ (US-0001583 to US-0001609);

40.  Computer screen shots of Stephen Kim's unclassified DoS computer system (US-0001610 to US-0001625);

41.  Excerpts from the DoS Foreign Affairs Manual (FAM) (US-0001626 to US-0001946);

42.  Paperwork regarding Sony Vaio computer (US-0001947 to US-0001950);

43.  Paperwork regarding Apple computer (US-0001951 to US-0001953);

44.  Video surveillance camera screen shots and badge records (US-0001954 to US-0001956);

45. DoS call detail records for (202) 647-▮▮▮▮ (US-0001957 to US-0001975);

46. DoS video from 9/15/09 and associated badge records (US-0001976 to US-0001977);

47. DoS video from 9/15/09 - 9/16/09 and associated badge records (US-0001978 to US-0001979);

48. DoS video from 9/18/09 and associated badge records (US-0001980 to US-0001982);

49. DoS video from 9/24/09 - 9/25/09 and associated badge records (US-0001983 to US-0001984);

50. Classified Information Non-disclosure Statement (US-0001985);

51. Consent to Search (US-0001986 to US0001987);

52. Emails recovered from Stephen Kim's DoS unclassified computer (US-0001988 to US-0001998);

53. Emails recovered from ▮▮▮▮@gmail.com account (US-0001999 to US-0002012);

54. Screenshots of emails from Stephen Kim's DoS unclassified computer (US-0002013 to US-0002030);

55. Emails and records recovered from ▮▮▮▮@yahoo.com and ▮▮▮▮@yahoo.com accounts (US-0002031 to US-0002108);

56. DoS floor plans (US-0002109 to US-0002111).

Prior to the production to the prosecution team of the emails recovered from the ▮▮▮▮@yahoo.com and ▮▮▮▮@yahoo.com accounts (US-0002031 to US-0002108), those emails were reviewed for potentially-privileged material by a Federal Bureau of Investigation (FBI) Special Agent and an Assistant United States Attorney (AUSA) with no involvement in the criminal investigation and prosecution of your client. If you have any questions concerning the privilege review, please contact AUSA John Borchert at (202) 353-2442.

## II. Unclassified Hard Drives

We have also enclosed one 1 TB hard drive and one 500 GB hard drive with duplicate images of your client's Sony and Apple computer hard drives which he provided to the FBI on

March 29, 2010. We are also in possession of three separate images of your client's unclassified DoS hard drive as of August 31, 2009, September 22, 2009, and September 30, 2009, respectively. Please provide us with three 80 GB hard drives, and we will have those three images duplicated and produced to you when they have been scrubbed for classified information. We are also in possession of your client's unclassified Department of Energy (DoE) computer. We will have an image made of that computer and produce it to you when the DoE computer has been scrubbed for classified information.

### III. Defendant's Rule 16 Statements

The Government provides notice to you of any statements made by your client contained in the attached discovery materials. Further, FBI Form 302s of your client's statements to the FBI on September 24, 2009 and March 29, 2010, respectively, will be provided to you in classified discovery.

### IV. Expert Witnesses/Reports of Examinations and Tests

The Government has not yet determined which, if any, expert witnesses it may call at trial. When the Government has done so, it will so inform the defense and comply with its obligations under Rule 16(a)(1)(G).

### V. Criminal Record

The Government is unaware of any prior convictions for your client.

### VI. Classified Discovery

As we have discussed, the Government is also preparing for your review of classified discovery. Once other defense counsel have obtained the necessary clearances, and you are prepared to review the classified materials in an approved SCIF, we can arrange for your inspection of those materials on a rolling basis as they become available for production.

**CONTENTS SUBJECT TO PROTECTIVE ORDER
ISSUED BY U.S. DISTRICT COURT ON OCTOBER 13, 2010**

### VII. Reciprocal Discovery Demands

The United States formally requests full reciprocal discovery pursuant to Fed. R. Crim. P. 16(b), including but not limited to the disclosure of any documents, photos, tangible objects, and reports of examinations or tests you intend to use at trial.

Should you have any questions, please contact us.

Very truly yours,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

_____
G. MICHAEL HARVEY
Assistant United States Attorney
(202) 305-4155

_____
JONATHAN M. MALIS
Assistant United States Attorney
(202) 305-9665

_____
PATRICK MURPHY
Trial Attorney
U.S. Department of Justice
(202) 305-7003

Enclosures