

U.S. Department of Justice

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

---

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

October 29, 2010

**VIA E-MAIL AND FEDEX (with attachments)**

Abbe D. Lowell, Esq.
McDermott, Will & Emery, LLP
600 Thirteenth St., NW
Washington, D.C. 20005-3096

Ruth Wedgwood, Esq.
1619 Massachusetts Ave., NW
Washington, D.C. 20036

      Re: **United States v. Stephen Jin-Woo Kim**, Crim. No. 10-255 (CKK)

Dear Mr. Lowell and Ms. Wedgwood,

    To assist you in preparing for trial in this case, and pursuant to your request for Rule 16 discovery, enclosed please find a disc labeled "U.S. v. Stephen Jin Kim, Discovery Disc # 2, US-0002112 to US-0014567," containing the following items representing the Government's second production of unclassified discovery in the above-captioned matter:

**I.**    **Unclassified Documents**

1.    Pen register and trap trace order results for (202) 577-▇▇▇ (US-0002112 to US-0005253);

2.    Pen register and trap trace order results for (703) 342-▇▇▇ (US-0005254 to US-0006335);

3.    Pen register and trap trace order results for (703) 883-▇▇▇ (US-0006336 to US-0006818);

4.    Pen register and trap trace order results for ▇▇▇@gmail.com (US-0006819 to US-0006821);

5. Pen register and trap trace order results for ▓▓▓▓@yahoo.com (US-0006822 to US-0006824);

6. Pen register and trap trace order results for ▓▓▓▓@yahoo.com (US-0006825 to US-0009402);

7. 18 U.S.C. §2703(d) order results for ▓▓▓@gmail.com (US-0009403 to US-0009470);

8. 18 U.S.C. §2703(d) order results for ▓▓▓▓@yahoo.com (US-0009471 to US-0014532);

9. Copy of Stephen Kim's passport (US-0014533 to US-0014548); and

10. Department of State (DoS) badge records (US-0014549 to US-0014567).

**II.  Electronic Media**

We have also enclosed the following additional electronic media:

1. A 250 GB hard drive marked "U.S. v. Stephen Jin Kim, Three DoS Open Net Workstation Images, (US-0014568)," which contains three separate images of your client's DoS Open Net workstation computer taken as of August 31, 2009, September 22, 2009, and September 30, 2009; and

2. Three discs entitled "U.S. v. Stephen Jin Kim, Discovery Disc #3, US-0014569," "U.S. v. Stephen Jin Kim, Discovery Disc #4, US-0014570," and "U.S. v. Stephen Jin Kim, Discovery Disc #5, US-0014571," which contain copies of your client's DoS Open Net workstation email.

The Government used keyword searches to attempt to identify classified information on this electronic media. Those searches did not reveal any classified information. Keyword searching for classified information on electronic media has its limitations; nevertheless, processing classified information on the DoS Open Net system was prohibited. Because the keyword searches did not identify any such classified information, and because a byte-by-byte review of the voluminous data on this electronic media was impractical, we are providing this electronic media to you in unclassified discovery pursuant to the Rule 16 protective order entered in this case. We reserve the right to protect any classified information that may later be identified on this electronic media under the Classified Information Procedures Act protective order.

Should you have any questions, please contact us.

Very truly yours,

RONALD C. MACHEN JR.
United States Attorney

*[signature]*

G. MICHAEL HARVEY
Assistant United States Attorney
(202) 305-4155

*[signature]*

JONATHAN M. MALIS
Assistant United States Attorney
(202) 305-9665

*[signature]*

PATRICK MURPHY
Trial Attorney
U.S. Department of Justice
(202) 305-7003

Enclosures