

U.S. Department of Justice

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

November 15, 2010

**VIA E-MAIL AND FEDEX (with attachments)**

Abbe D. Lowell, Esq.
McDermott, Will & Emery, LLP
600 Thirteenth St., NW
Washington, D.C. 20005-3096

      Re: **United States v. Stephen Jin-Woo Kim**, Crim. No. 10-255 (CKK)

Dear Mr. Lowell,

      To assist you in preparing for trial in this case, and pursuant to your request for Rule 16 discovery, enclosed please find a disk labeled "U.S. v. Stephen Jin Kim, Discovery Disc # 6, US-0014572," containing the following items representing the Government's third production of unclassified discovery in the above-captioned matter:

- "Spector" screenshots collected of your client's DoS Open Net workstation computer and Internet activity from August 24, 2009 through October 1, 2009 (US-0014572).

      The Government used keyword searches to attempt to identify classified information on this electronic media. Those searches did not reveal any classified information. Keyword searching for classified information on electronic media has its limitations; nevertheless, processing classified information on the DoS Open Net system was prohibited. Because the keyword searches did not identify any such classified information, and because a byte-by-byte review of the voluminous data on this electronic media was impractical, we are providing this electronic media to you in unclassified discovery pursuant to the Rule 16 protective order entered in this case. We reserve the right to protect any classified information that may later be identified on this electronic media under the Classified Information Procedures Act protective order.

**CONTENTS SUBJECT TO PROTECTIVE ORDER
ISSUED BY U.S. DISTRICT COURT ON OCTOBER 13, 2010**

The Spector screenshots were collected with Spector CNE software. You will need that software to open and review the Spector screenshots file contained on the enclosed disk. It can be purchased from:

SpectorSoft Corporation
1555 Indian River Blvd
Bldg. B-210
Vero Beach, FL 32960
Tel: 888-598-2788
http://www.spectorcne.com

Should you have any questions, please contact us.

Very truly yours,

RONALD C. MACHEN JR.
United States Attorney

_____
G. MICHAEL HARVEY
Assistant United States Attorney
(202) 252-7810

_____
JONATHAN M. MALIS
Assistant United States Attorney
(202) 252-7806

_____
PATRICK MURPHY
Trial Attorney
U.S. Department of Justice
(202) 305-7003

Enclosure

**CONTENTS SUBJECT TO PROTECTIVE ORDER
ISSUED BY U.S. DISTRICT COURT ON OCTOBER 13, 2010**

2