

U.S. Department of Justice

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 20, 2010

**VIA E-MAIL AND HAND DELIVERY (with attachments)**

Abbe D. Lowell, Esq.
McDermott, Will & Emery, LLP
600 Thirteenth St., NW
Washington, D.C. 20005-3096

      Re: **United States v. Stephen Jin-Woo Kim**, Crim. No. 10-255 (CKK)

Dear Mr. Lowell,

      To assist you in preparing for trial in this case, and pursuant to your request for Rule 16 discovery, enclosed please find the following items representing the Government's fourth production of unclassified discovery in the above-captioned matter:

- A 300 GB hard drive marked "U.S. v. Stephen Jin Kim, DoE Laptop Image, (US-0014573)," which contains an image of the unclassified materials on your client's Department of Energy (DoE) laptop received from him on March 29, 2010.

      As we have discussed, the DoE identified classified material on Mr. Kim's DoE laptop. Per our December 13, 2010 letter agreement, search of that classified material for discoverable items will be addressed through the parties' December 8, 2010 agreement. For your convenience and to facilitate the defense's discovery of the unclassified materials on the hard drive, we have had the unclassified materials removed from the image of the hard drive disclosed with this letter.

      The classified material on Mr. Kim's DoE laptop was identified through keyword searches. Keyword searching for classified information on electronic media has its limitations. Because a byte-by-byte review of the voluminous data on Mr. Kim's DoE laptop was impractical,

**CONTENTS SUBJECT TO PROTECTIVE ORDER ISSUED BY U.S. DISTRICT COURT ON OCTOBER 13, 2010**

we are providing this electronic media to you in unclassified discovery pursuant to the Rule 16 protective order entered in this case. We reserve the right to protect any classified information that may later be identified on this electronic media under the Classified Information Procedures Act protective order.

Should you have any questions, please contact us.

Very truly yours,

RONALD C. MACHEN JR.
United States Attorney

G. MICHAEL HARVEY
Assistant United States Attorney
(202) 252-7810

JONATHAN M. MALIS
Assistant United States Attorney
(202) 252-7806

PATRICK MURPHY
Trial Attorney
U.S. Department of Justice
(202) 305-7003

Enclosure

**CONTENTS SUBJECT TO PROTECTIVE ORDER ISSUED BY U.S. DISTRICT COURT ON OCTOBER 13, 2010**