

U.S. Department of Justice

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 11, 2011

**VIA E-MAIL AND FEDEX (with attachments)**

Abbe D. Lowell, Esq.
McDermott, Will & Emery, LLP
600 Thirteenth St., NW
Washington, D.C. 20005-3096

      Re: **United States v. Stephen Jin-Woo Kim, Crim. No. 10-255 (CKK)**

Dear Mr. Lowell,

      To assist you in preparing for trial in this case, and pursuant to your request for Rule 16 discovery, enclosed please find a disc labeled "U.S. v. Stephen Jin Kim, Discovery Disc #7, US-00014574 to US-0014652," containing the following items representing the Government's fifth production of unclassified discovery in the above-captioned matter:

**I.**    **Unclassified Documents**

1.    Redacted March 14, 2008 email from your client (US-0014574);

2.    Redacted March 25, 2008 email from your client (US-0014575);

3.    July 25, 2006 letter of recommendation on behalf of your client (US-0014576);

4.    May 17, 2008 employment cover letter by your client (US-0014577 to US-0014580);

5.    Classified Information Non-Disclosure Agreement signed by your client on October 16, 2002 (US-0014581 to US-0014582);

6.    Classified Information Non-Disclosure Agreement signed by your client on November 8, 2002 (US-0014583 to US-0014584);

7. June 18, 2009 email to ███████@yahoo.com (US-0014585);

8. Frontier Communications subscriber records for (304) 558-████ (US-0014586 to US-0014587);

9. Verizon subscriber records for (212) 301-████ (US-0014588);

10. AT&T subscriber records for (202) 628-████ (US-0014589 to US-0014590);

11. AT&T Mobility subscriber records for (917) 562-████ (US-0014591 to US-0014594);

12. Yahoo! IP address records for ███████@yahoo.com (US-0014595 to US-0014629);

13. Department of State (DoS) badge records from August 3, 2009 through September 30, 2009 (US-0014630 to US-0014651); and

14. DoS badge records for January 18, 2010 (US-0014652).

**II.** **Electronic Media**

We have also enclosed the following additional electronic media:

1. One CD containing .wav files of recordings related to the telephone numbers indicated in the .wav file name, labeled "U.S. v. Stephen Jin Kim, Discovery Disc #8, Recordings, US-0014653."

Should you have any questions, please contact us.

Very truly yours,

RONALD C. MACHEN JR.
United States Attorney

G. MICHAEL HARVEY
Assistant United States Attorney
(202) 252-7810

CONTENTS SUBJECT TO PROTECTIVE ORDER
ISSUED BY U.S. DISTRICT COURT ON OCTOBER 13, 2010

JONATHAN M. MALIS
Assistant United States Attorney
(202) 252-7806

PATRICK MURPHY
Trial Attorney
U.S. Department of Justice
(202) 305-7003

Enclosures

**CONTENTS SUBJECT TO PROTECTIVE ORDER
ISSUED BY U.S. DISTRICT COURT ON OCTOBER 13, 2010**