

U.S. Department of Justice

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 28, 2011

**VIA E-MAIL AND FEDEX (with attachments)**

Abbe D. Lowell, Esq.
McDermott, Will & Emery, LLP
600 Thirteenth St., NW
Washington, D.C. 20005-3096

      Re:  **United States v. Stephen Jin-Woo Kim**, Crim. No. 10-255 (CKK)

Dear Mr. Lowell,

    To assist you in preparing for trial in this case, and pursuant to your request for Rule 16 discovery, enclosed please find a disc labeled "U.S. v. Stephen Jin-Woo Kim, Discovery Disc #9, US-0014658," containing the badge records for individuals who were employees, contractors, and/or detailees to the Department of State's Bureau of Verification, Compliance, and Implementation (now the Bureau of Arms Control, Verification, and Compliance) for the period March 1, 2009, through September 30, 2009. Please return this disk and any copies thereof (whether on disk or other electronic or paper form) to the United States upon the completion of this case.

    Should you have any questions, please contact us.

                            Very truly yours,

                            RONALD C. MACHEN JR.
                            United States Attorney

                            _____
                            G. MICHAEL HARVEY
                            Assistant United States Attorney
                            (202) 252-7810

**CONTENTS SUBJECT TO PROTECTIVE ORDER
ISSUED BY U.S. DISTRICT COURT ON OCTOBER 13, 2010**

_____
JONATHAN M. MALIS
Assistant United States Attorney
(202) 252-7806

_____
PATRICK MURPHY   /JM
Trial Attorney
U.S. Department of Justice
(202) 233-2093

Enclosures

**CONTENTS SUBJECT TO PROTECTIVE ORDER
ISSUED BY U.S. DISTRICT COURT ON OCTOBER 13, 2010**