UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No.: 10-225 (CKK) |
| ) | |
| STEPHEN JIN-WOO KIM, ) | |
|  also known as Stephen Jin Kim, ) | |
|  also known as Stephen Kim, ) | |
|  also known as Leo Grace, ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OF UNDERSTANDING

1. Having familiarized myself with the applicable laws, I understand that I have already received and/or may be the future recipient of information and documents which pertain to the national security of the United States and which are the property of the United States, and that such information and documents, together with the methods of collecting such information, are classified according to security standards set by the United States government.

2. I agree that I shall never divulge, publish, or reveal, either by word, conduct, or any other means, such classified information or documents unless specifically authorized in writing to do so by an authorized representative of the United States government, or as authorized by the Court pursuant to the Classified Information Procedures Act ("CIPA") or the CIPA Protective Order entered in the above-captioned case, or as otherwise ordered by the Court.

3. I agree that this Memorandum of Understanding and any other nondisclosure agreement signed by me in connection with this case will remain forever binding upon me.

4. I have received, read, and understand the CIPA Protective Order entered by the United States District Court for the District of Columbia in the above-captioned case, and I agree to comply with the provisions contained therein.

5. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Name: *Michele Marie Chasse*

Date and Place of Birth: *May 10, 1965 Springfield Massachusetts*

*Michele Marie Chasse*
(signature)

Date: *2/26/2012*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2012, I caused a true and correct copy of the foregoing to be served via the Court's ECF filing system to all counsel of record in this matter.

Dated: March 27, 2012

/s/ Abbe D. Lowell
Abbe D. Lowell (D.C. Bar No. 358651)
Chadbourne & Parke LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 974-5605 (Telephone)
(202) 974-5602 (Facsimile)
adlowell@chadbourne.com

*Counsel for defendant Stephen Kim*