UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 10-225 (CKK) |
| | ) | |
| v. | ) | PUBLIC VERSION |
| | ) | |
| STEPHEN JIN-WOO KIM, | ) | |
|    also known as Stephen Jin Kim, | ) | |
|    also known as Stephen Kim, | ) | |
|    also known as Leo Grace, | ) | |
| | ) | |
|    Defendant. | ) | |

## NOTICE OF FILING

In the Joint Status Report filed on August 31, 2012, the Parties updated the Court on their progress with respect to outstanding discovery issues. To further inform the Court, the United States hereby files with the Court all of the discovery correspondence between the Parties without the attachments, since the last such Notice of Filing [ECF Docket No. 58]. As reflected below, many of the government's discovery productions and the defense's most recent discovery letter are classified. Therefore, the correspondence so marked has been filed under seal with the Classified Information Security Officer (CISO) pursuant to the Court's CIPA Protective Order [ECF Docket No. 10]. Further, the names of third-parties have been redacted from the public filing to protect the privacy of those involved. Cf. F.R.Cr.P. 49.1.

| | | |
|---|---|---|
| 1. | October 20, 2011 | Government production (classified) [file under seal] |
| 2. | November 14, 2011 | Government production (classified) [file under seal] |
| 3. | December 2, 2011 | Government production (classified) [file under seal] |
| 4. | January 4, 2011 | Government production (classified) [file under seal] |
| 5. | February 9, 2012 | Defense letter (classified) [filed under seal] |
| 6. | March 5, 2012 | Government production (classified) [file under seal] |

| | | |
|---|---|---|
| 7. | April 12, 2012 | Government production (classified) [file under seal] |
| 8. | May 22, 2012 | Government production (classified) [file under seal] |
| 9. | June 15, 2012 | Government production (unclassified) |
| 10. | June 22, 2012 | Defense letter (classified) [filed under seal] |
| 11. | June 26, 2012 | Government production (classified) [file under seal] |
| 12. | July 16, 2012 | Government production (classified) [file under seal] |
| 13. | August 2, 2012 | Government production (classified) [file under seal] |
| 14. | August 3, 2012 | Government production (unclassified) |
| 15. | August 24, 2012 | Government production (classified) [file under seal] |
| 16. | August 28, 2012 | Government's response to defense letter (classified) [file under seal] |

An unredacted version of this Notice of Filing and the above-listed correspondence was served upon counsel for the defendant through the CISO, in the same form as provided to the Court under seal.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar Number 447-889

By:

_____/s/_____
G. MICHAEL HARVEY
Assistant United States Attorney
D.C. Bar Number 447-465
National Security Section
United States Attorney's Office
555 4th Street, N.W., Room 11-858
Washington, D.C. 20530
Phone: (202) 252-7810
Michael.Harvey2@usdoj.gov

/s/
JONATHAN M. MALIS
Assistant United States Attorney
D.C. Bar Number 454-548
National Security Section
United States Attorney's Office
555 4th Street, N.W., Room 11-447
Washington, D.C. 20530
Phone: (202) 252-7806
Jonathan.M.Malis@usdoj.gov

/s/
DEBORAH CURTIS
Trial Attorney
CA Bar Number 172208
Counterespionage Section
U.S. Department of Justice
600 E Street, N.W.,
Washington, D.C. 20530
Phone: (202) 233-2113
Deborah.Curtis@usdoj.gov

CERTIFICATE OF SERVICE

On this 31st day of August, 2012, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/
JONATHAN M. MALIS
Assistant United States Attorney