# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | Criminal No.: 10-225 (CKK) |
| ) | |
| v.  ) | |
| ) | |
| **STEPHEN JIN-WOO KIM,**  ) | |
|     also known as Stephen Jin Kim,  ) | |
|     also known as Stephen Kim,  ) | |
|     also known as Leo Grace,  ) | |
| ) | |
|     **Defendant.**  ) | |

## NOTICE OF FILING

Pursuant to the Court's CIPA Protective Order [ECF Docket No. 10], ¶ 18, the United States hereby gives notice that it has filed today with the Court, through the Classified Information Security Officer, a pleading entitled the "Government's Second <u>Ex Parte</u>, <u>In Camera</u>, Under Seal Motion and Memorandum of Law for a Protective Order Pursuant to CIPA § 4 and Fed. R. Crim. P. 16(d)(1)."

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar Number 447-889

By:

_____/s/_____
G. MICHAEL HARVEY
Assistant United States Attorney
D.C. Bar Number 447-465
National Security Section
United States Attorney's Office
555 4th Street, N.W., Room 11-858
Washington, D.C.  20530
Phone: (202) 252-7810
Michael.Harvey2@usdoj.gov

                    /s/_____
JONATHAN M. MALIS
Assistant United States Attorney
D.C. Bar Number 454-548
National Security Section
United States Attorney's Office
555 4th Street, N.W., Room 11-447
Washington, D.C. 20530
Phone: (202) 252-7806
Jonathan.M.Malis@usdoj.gov

                    /s/_____
DEBORAH CURTIS
Trial Attorney
CA Bar Number 172208
Counterespionage Section
U.S. Department of Justice
600 E Street, N.W.,
Washington, D.C. 20530
Phone: (202) 233-2113
Deborah.Curtis@usdoj.gov

## CERTIFICATE OF SERVICE

On this 18th day of January, 2013, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                    /s/_____
JONATHAN M. MALIS
Assistant United States Attorney