# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. CR-10-225 (CKK) |
| v. | ) |
| | ) |
| STEPHEN JIN-WOO KIM, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

In accordance with the Court's December 13, 2012, Order (Dkt. No. 95), the defense hereby provides notice through undersigned counsel that it has filed today with the Court, through the Classified Information Security Officer the following documents:

1. Defendant Stephen Kim's First Motion to Compel Discovery (Regarding Additional Source Documents);

2. Defendant Stephen Kim's Second Motion to Compel Discovery (Regarding Other Contacts for the Reporter);

3. Defendant Stephen Kim's Third Motion to Compel Discovery (Regarding "National Defense Information" and Willfulness); and

4. Defendant Stephen Kim's Fourth Motion to Compel Discovery (Regarding Improper Witness Name Substitutions and Redactions).

Respectfully submitted,

Dated: February 11, 2013

_____/s/_____
Abbe David Lowell
Keith M. Rosen
Scott W. Coyle
**CHADBOURNE & PARKE LLP**
1200 New Hampshire Ave NW
Washington, DC 20036

*Counsel for Defendant Stephen Kim*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2013, I caused a true and correct copy of the foregoing notice to be served via the Court's ECF filing system to all counsel of record in this matter.

/s/_____
Abbe David Lowell