UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>STEPHEN JIN-WOO KIM, )<br>)<br>Defendant. )<br>) | Criminal No. 10-225 (CKK) |

### ORDER

Upon consideration of the Defendant's Unopposed Motion for Permission to Travel to New York, New York, it is hereby **ORDERED** that the motion is granted.

The defendant is hereby authorized to travel to New York, New York on May 30 through June 3, 2013.

**SO ORDERED.**

Dated: May 16, 2013

_____
HON. COLLEEN KOLLAR-KOTELLY
United States District Judge

