UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN JIN-WOO KIM,<br><br>Defendant. | Criminal No. 10-225 (CKK) |

ORDER
(July 24, 2013)

It is, this 24th day of July, 2013, hereby

**ORDERED** that the Clerk of Court shall promptly post the redacted versions of the following documents previously provided to the Clerk's office:

- Defendant's First, Second, Third, and Fourth Motions to Compel (*see* ECF No. [98]);

- Government's Omnibus Opposition to the Defendant's Motions to Compel (*see* ECF No. [99]);

- Defendant's Reply to the Government's Omnibus Opposition (*see* ECF No. [101]);

- May 30, 2013, Memorandum Opinions and Orders regarding the Defendant's First, Second, Third, and Fourth Motions to Compel (*see* 5/30/13 Notices of Classified Memorandum Opinions & Orders) ; and

- June 4, 2013, Order (*see* 6/12/13 Notice of Classified Order).

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　**COLLEEN KOLLAR-KOTELLY**
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

