IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

       Government,                     CR No. 10-225

                                      Washington, DC
       vs.                         April 2, 2014
                                      10:00 a.m.

STEPHEN JIN-WOO KIM,

       Defendant.
_____

TRANSCRIPT OF SENTENCING HEARING
BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          G. MICHAEL HARVEY, ESQUIRE
                             JONATHAN M. MALIS, ESQUIRE
                             U.S. Attorney's Office
                             555 Fourth Street, NW
                             Washington, DC  20530
                             (202) 252-7810

                             JULIE A. EDELSTEIN, ESQUIRE
                             DEBRA CURTIS, ESQUIRE
                             Department of Justice
                             NSD Counterespionage Section
                             600 E Street, NW
                             10th Floor
                             Washington, DC  20004
                             (202) 233-2113

For the Defendant:                ABBE D. LOWELL, ESQUIRE
                                  KEITH M. ROSEN, ESQUIRE
                                  SCOTT W. COYLE, ESQUIRE
                                  Chadbourne & Parke, LLP
                                  1200 New Hampshire Avenue, NW
                                  Suite 300
                                  Washington, DC  20036
                                  (202) 974-5605




Court Reporter:                   Lisa M. Foradori, RPR, FCRR
                                  Official Court Reporter
                                  U.S. Courthouse, Room 6706
                                  333 Constitution Avenue, NW
                                  Washington, DC  20001
                                  (202) 354-3269

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                     P R O C E E D I N G S
 2              COURTROOM DEPUTY:  Criminal Case 10-225, the United
 3    States of America versus Steven Kim.  Counsel, please come
 4    forward and identify yourself for the record.
 5              MR. HARVEY:  Good morning, Your Honor.  Michael
 6    Harvey for the United States, and with me here today for the
 7    government is Jonathan Malis from the U.S. Attorney's Office
 8    and Debra Curtis and Julie Edelstein from the Counterespionage
 9    Section of the Department of Justice.
10              MR. LOWELL:  Good morning, Your Honor.  Abbe
11    Lowell, Keith Rosen and Scott Coyle from Chadbourne & Parke,
12    counsel for defendant, Steven Kim.  Mr. Kim and members of his
13    family are in the courtroom today.
14              THE COURT:  All right.  We're here for a sentencing
15    of Steven Kim.  He entered a plea of unauthorized disclosure
16    of national defense information.  The statutory maximum
17    sentence is 10 years in jail.  The maximum fine is $250,000.
18    I have a presentence report, the Government's Memorandum in
19    Aid of Sentencing, the Defendant's Memorandum in Aid of
20    Sentencing, and the Pretrial Service's report, which indicates
21    he's in compliance.
22              This is a Rule 11(c)(1)(C) plea.  The agreement was
23    for 13 months of incarceration, one year of supervised release
24    and that no fine be imposed.  In terms of objections, there
25    was one that the defendant raised through counsel.
```

1    Paragraph 82 -- Paragraph 82 indicates that community service

2    may be ordered in lieu of a fine.  The objection was that the

3    Rule 11(c)(1)(C) plea includes the provision that there would

4    be no fine.  I would just say that the report is written not

5    with a view to the terms of the Rule 11(c)(1)(C).

6         The probation officer responded that pursuant to

7    the advisory sentencing guidelines, 5D1.3(e)(3) and 5F1.3,

8    community service is an option which the Court can order as a

9    condition of supervised release, and I have discretion to

10   include community service.  The Rule 11(c)(1)(C) doesn't

11   address conditions of supervised release.

12        In terms of the advisory sentencing guidelines, the

13   offense level -- the base offense 35, minus three points for

14   accepting responsibility.  Total offense level of 32.

15   Criminal history, he has no convictions, so zero points.

16   He's in Category I.  For an offense level of 32, Criminal

17   History Category I, the statutory maximum is 120 months or the

18   10 years.  The guideline provisions are 121 to 151, which is

19   obviously above the statute, and if imposed, would be an

20   illegal sentence.

21        Supervised release under the advisory sentencing

22   guidelines are one to three years.  Ineligible for probation.

23   The fine would be $17,500 to $175,000.  Restitution is not

24   applicable.  And there is a special assessment of $100.  As

25   I've indicated, the advisory guideline is above the statutory

1   maximum sentence, which would make it -- anything above the

2   10 years -- an illegal sentence.

3          There is a dispute between the parties over the

4   applicability of a guideline provision, 3B1.3, which is an

5   abuse of position of trust.  They've indicated it's irrelevant

6   and not to be -- doesn't need to be resolved prior to the

7   sentencing, and that's because the guideline ranges are

8   already over the statutory maximum, so it would have no

9   effect.

10          I've conferred with both parties, and the parties

11   agree that the issue of the applicability of the offense level

12   adjustment for abuse of position of trust, which as I said is

13   disputed, doesn't have to be resolved on this record; so I'm

14   not doing so.  I'm accepting all portions of this undisputed

15   presentence report as finding of fact under Criminal

16   Procedure 32(i)(3)(A).

17          In terms of the justification for the

18   Rule 11(c)(1)(C) plea below the advisory sentencing guidelines

19   and the statutory maximum would be as a variance.  It includes

20   a term of incarceration, which should serve as a deterrence to

21   both him and others.  It certainly reflects the seriousness of

22   the offense and it is a felony conviction, so it would be

23   unlikely that Mr. Kim would be able to get a security

24   clearance in the future.

25          The expense of pretrial proceedings and the

1    trial, particularly where classified information is involved,

2    and most importantly, probably from the Government's

3    perspective, the government would be required to declassify a

4    substantial amount of classified material if we had gone

5    forward to the trial in April, presenting attention between

6    the prosecutorial and intelligence interests at stake.

7           Also, we had started to go down a path of having

8    to go through very complicated procedures under CIPA in order

9    to get ready for trial.  So, those procedures do not need at

10   this time to be completed.  So, that's an additional reason

11   for doing this.

12          So, I will accept the Rule 11(c)(1)(C) plea

13   agreement as to the sentence to be imposed, a 13-month period

14   of incarceration, the one-year supervised release, and that no

15   fine would be imposed.  And I consider it a reasonable and

16   appropriate sentence under the circumstances of this case.

17          I can now hear from the government, if you want

18   to add anything, defense counsel, and Mr. Kim, if he wishes to

19   address the Court.  He doesn't have to, but he can if he wants

20   to.

21          MR. HARVEY:  Thank you, Your Honor.  The government

22   is obviously in agreement with the Court with regard to the

23   Rule 11(c)(1)(C) plea.  The defendant has accepted

24   responsibility for his serious crime, and we do think that the

25   parties' proposed sentencing agreement is the appropriate

1    resolution in this case.

2              The defendant has submitted a Memorandum in Aid of

3    Sentencing and has sought to place the defendant's conduct in

4    context, and we agree that that's important, but we would like

5    to make some further statements for the record.  The context

6    here tells not just the defendant's life story or puts that in

7    context, but it also explains why the defendant should have

8    known better, in fact, did know better than to disclose the

9    top secret intelligence in question.

10             The defendant was a highly educated North Korean

11   expert who knew the danger that North Korea represented to the

12   United States, to our troops and to our ally, South Korea.

13   North Korea is a rogue regime armed with nuclear weapons,

14   that, as Your Honor knows, has a long history of hostility

15   towards this country.

16             We fought a war against North Korea following its

17   unprovoked attack on South Korea in 1950, and since that time

18   the United States has worked with the UN to defer further

19   North Korean military aggression and to curb its nuclear

20   weapon capabilities or ambitions.  As part of that effort,

21   North Korea's border with South Korea is one of the most

22   heavily militarized and dangerous borders in the world.

23   Just this past weekend, Your Honor, North and South Korea

24   exchanged artillery fire over that border.

25             Today there are 28,000 U.S. troops stationed on

1   that border serving as a defensive shield, were North Korea to

2   invade the South again, as it has repeatedly threatened to do

3   since the Korean War.

4           The defendant's criminal conduct in this case

5   occurred during a period of particularly acute tension between

6   North Korea and the international community.  Just two weeks

7   prior to his June 11th, 2009, unauthorized disclosure, North

8   Korea had carried out its second underground nuclear test in

9   defiance of U.S. resolutions and sanctions, and announced that

10   it no longer considered itself bound by the terms of the 1953

11   truce agreement that ended the Korean War.

12           In the weeks after that nuclear test, the United

13   States was working hard to convince the international

14   community to impose new sanctions against North Korea to

15   further constrict its nuclear weapons program.  It was in that

16   highly charged atmosphere that the defendant took it upon

17   himself to disclose the top secret compartmented

18   U.S. intelligence at issue, thereby exposing to North Korea

19   what the U.S. knew and did not know about its military

20   capabilities and preparedness at that time, and thereby

21   robbing our nation of the benefit to be derived from that

22   intelligence had it remained secret.

23           The defendant understood all of that.  At the time

24   of his crime he was a sophisticated consumer of intelligence

25   about North Korea.  Indeed, he was a Special Advisor for

1    Intelligence to the Assistant Secretary of State.  In that

2    position he knew the difficulty inherent in collecting

3    intelligence about North Korea.  Indeed, it is considered the

4    most closed and secretive society in the world.

5            As this Court observed during the plea hearing, the

6    defendant's criminal conduct not only exposed the top secret

7    foreign intelligence about North Korea he plead guilty to

8    disclosing, but also placed at risk the classified method by

9    which it was obtained.

10           For all these reasons, the intelligence at issue in

11   this case was not in any way overclassified, an inaccuracy the

12   defense has repeatedly made outside of the courtroom.  Rather,

13   as the defendant affirmed under oath at the plea hearing, he

14   knew the information he disclosed to the reporter was properly

15   classified at the top secret compartmented level, and that he

16   had reason to believe when he disclosed it that it could be

17   used to the injury of the United States or to the advantage of

18   a foreign nation.

19           The defense's assertion in its sentencing

20   memorandum that the defendant's unauthorized disclosure was a

21   mistake is also incorrect.  Indeed, the defendant admitted

22   under oath at the plea hearing that his unauthorized

23   disclosure of national defense information to the reporter was

24   neither an accident nor a mistake, and that was correct.

25           The reporter, the government's investigation

1   showed, did not call the defendant out of the blue and catch

2   him by surprise and cause him to disclose classified

3   information in some slip of the tongue.  The government's

4   investigation revealed that the defendant had struck up a

5   source/reporter relationship with the reporter in the month

6   prior to June 11th, focused on the disclosure of sensitive

7   government information about North Korea.

8          In all, between May and August of 2009, the

9   government's investigation revealed more than 15 e-mails and

10  60 telephone calls between the defendant and the reporter or

11  the reporter's news organization.  On the date in question,

12  June 11th, there were seven telephone calls and at least one

13  face-to-face meeting between the defendant and the reporter.

14         Indeed, it was the defendant who called the

15  reporter multiple times right after the defendant had read the

16  intelligence report.  The defendant made those calls to the

17  reporter from inside a secured facility and while the

18  intelligence report was still up on the defendant's classified

19  computer screen.  Three days later, in an e-mail, the

20  defendant said to the reporter, the defendant expressed no

21  remorse for what he had done.  He did not say:  I made a

22  mistake the other day.  Rather, the defendant suggested in

23  that e-mail another story that the defendant believed the

24  reporter should write about the intelligence community's

25  knowledge about North Korea.

1      The defendant concluded that e-mail by instructing

2  the reporter to please read and delete it.  The defendant's

3  unauthorized disclosure to the reporter that he pled guilty to

4  committing was not inadvertent.  The defendant admitted at the

5  plea hearing that he acted knowingly and willfully, that is,

6  he knew that the unauthorized disclosure to the reporter was

7  illegal.  In fact, by June 11th of 2009, the defendant had

8  agreed no less than 12 times, in writing, not to commit the

9  very crime that he pled guilty to committing.

10      As a condition of his access to our country's

11  classified intelligence, the defendant entered into no less

12  than 12 nondisclosure agreements with the United States.

13  Indeed, less than four months prior to June 11th of 2009, the

14  defendant signed a nondisclosure agreement specific to the top

15  secret intelligence compartment at issue in this case.  Each

16  of those agreements obligated him not to disclose classified

17  information to any unauthorized person, and advised him that

18  any such unauthorized disclosure could constitute a violation

19  of the United States criminal laws, including the statute at

20  issue here, 18 U.S.C. 793.

21      The defendant has a Master's from Harvard and a

22  Ph.D from Yale.  He certainly understood the simple terms of

23  those nondisclosure agreements and he knew that violating them

24  would be unlawful; but he did it anyway.  Having done so, he

25  plainly did not want to get caught.  To avoid detection, he

1   communicated with the reporter using aliases and a covert

2   communication system.

3          Further, when the defendant was asked by the FBI

4   about his ongoing relationship with the reporter, the

5   defendant falsely denied that he had one.  The defendant also

6   was not a whistleblower.  He admitted in February that his

7   unauthorized disclosure to the reporter was not motivated by a

8   desire to expose any government misconduct.  In fact, there

9   was nothing to blow the whistle on.

10          The defendant revealed to the reporter time

11   sensitive intelligence about the military capabilities and

12   preparedness of a dangerous foreign nation that had just

13   defied the world by testing a nuclear weapon.  In short, the

14   defendant revealed an intelligence success.

15          Collecting such valuable intelligence about our

16   adversaries is exactly what our intelligence community should

17   be doing, and its ability to accomplish that mission is

18   severely hampered by leaks of classified information, by

19   faithless government employees and contractors like the

20   defendant.  In fact, the government's investigation showed

21   that the defendant's crime was motivated not by an altruistic

22   purpose but by his own ego and desire for professional

23   advancement.

24          In his sentencing memorandum the defendant also

25   mistakenly cites the Department of Justice's revised news

1  media policy to claim that he should have received noncriminal

2  treatment for his conduct.  That assertion misses the mark.

3  As an initial matter, it's belied by the party's agreement to

4  a criminal guilty plea and a sentence of imprisonment.

5          Moreover, the changes to the department's new media

6  policy were intended to strengthen protections for members of

7  the news media who break –– not to provide a windfall to

8  government employees and contractors, like the defendant, who

9  break their oaths through unlawful disclosures of classified

10 information.

11         As this Court held previously in this case, the

12 defendant, quote, was entrusted with access to classified

13 national security information and had a duty not to disclose

14 that information.  He cannot use the First Amendment to cloak

15 his breach of that duty.

16         Also, unavailing is the defendant's effort to

17 minimize his criminal conduct by arguing that he only

18 disclosed classified information to the reporter orally rather

19 than providing the reporter with an actual classified

20 document.  That is a distinction without a difference.  It

21 does not matter whether the defendant gave the reporter a

22 document marked "classified" or actually read the document to

23 the reporter.

24         As this Court held over two and a half years ago,

25 the Espionage Act prohibits the unauthorized disclosure of

1    classified national defense information, however that

2    information is conveyed, whether in writing, orally or by some

3    other means.

4         Similarly misguided, the defendant's suggestion

5    that other government officials may have disclosed classified

6    national defense information on or around July 11th, 2009.

7    This is a sentencing hearing about the defendant's conduct.

8    It does not mitigate the severity of his crime for the

9    defendant to suggest that there may be others who also have

10   violated their oaths, broke the law and risked our national

11   security like he did.

12        Defense counsel frequently makes this "everyone

13   does it" or "everyone's done it" mitigation argument, and

14   courts rightfully dismiss it.  As this Court has previously

15   observed, the defendant, quote, cannot be set free merely

16   because others have escaped prosecution for similar acts.  In

17   any event, the FBI's thorough investigation revealed that the

18   only person with access to the intelligence at issue, who also

19   communicated with the reporter on June 11th, 2009, was Steven

20   Kim.  In this case the defendant was the only leaker, and he's

21   rightfully being accountable today for his criminal conduct.

22        The parties have agreed to a 13-month sentence,

23   Your Honor, and the Court has indicated that the Court will

24   accept the parties' sentencing agreement, and we believe that

25   the Court has done so on the proper basis for doing so, not

1    based on the defense's efforts to mitigate their conduct, but

2    based on the government's –– the benefits that this plea

3    provides to the government in this case.

4                 Thank you, Your Honor.

5                 THE COURT:  All right.  Mr. Lowell.

6                 MR. LOWELL:  Thank you, Your Honor.  May it please

7    the Court, I wasn't going to make much of a statement, Your

8    Honor, but given that Mr. Harvey has used this occasion to

9    read what might have been his closing argument for a trial

10   that never occurred and to provide a one-sided self-serving

11   PR statement, probably drafted by the intelligence community,

12   I do have to respond, at least to make sure that the record

13   reflects why the 11(c)(1)(C) agreement makes sense in this

14   case.  And I apologize for having to do so now.

15                To begin with, I will not repeat all that we have

16   filed.  I didn't expect to have to do what I'm doing now.

17   I want to start with the most obvious point that is relevant

18   to Your Honor today, is that Mr. Kim stands here based on a

19   plea that he accepted responsibility for his conduct, which he

20   crossed the line and said he did.

21                When Mr. Kim and we in our sentencing memorandum

22   used the word "mistake," it wasn't as Mr. Harvey said, to

23   undermine the acceptance of responsibility.  It was a life

24   mistake.  It was a mistake that we make when we don't see the

25   line.  There is a difference between an individual saying:

1    I regret what I did because I made a mistake, versus a person

2    saying:  I didn't willfully take the action for which I am

3    admitting I made a mistake.

4           Your Honor knows that this is called the Espionage

5    Act, but the record would be remiss if we didn't make a few

6    things clear.  This is not a case about espionage.  It is not

7    even a case like the other cases that we read about in which

8    the allegations of a leak is being put forward.  This was on

9    the basis of this plea agreement and the factual resume for

10   which Mr. Harvey went far beyond.  A one time event with a

11   reporter.

12          It involved no tangible documents.  It did not

13   involve a data dump, as that phrase is used, at all.  There

14   was no theft of any government property.  There were no

15   payments.  Mr. Harvey says there's no difference between it

16   being an oral conversation and the recitation or the delivery

17   of a tangible document.  Mr. Harvey is wrong.  I don't know

18   about his brain, but I do know that when most human beings

19   hear information, some of which is contained in a classified

20   report, and almost the identical information is contained in a

21   nonclassified report, our cerebrums aren't categorized in

22   classified and unclassified portions of our brain.

23          The fact that it was in a conversation makes the

24   context, that Mr. Harvey said we were trying to put forward,

25   all the more relevant.  This is not the context of somebody

1    operating outside of his job, but it was somebody operating

2    very much within the context of his job -- and I will come

3    back to that.

4             As to Mr. Harvey's addressing the points that we've

5    made on the issue of what I'll call "selectivity."  Again,

6    Your Honor, selectivity is only relevant since February 7th's

7    events to today to, again, put Mr. Kim's conduct in its

8    context as to explain why the severity of the Espionage Act,

9    this 100-year-old statute with penalties, as Your Honor has

10   read, maximized at a full 10 years and for which the

11   sentencing guidelines -- to show just how off balance this has

12   become -- would have suggested a sentence of even 12 years.

13            The context is not that Mr. Kim did something and

14   others do it and, therefore, he shouldn't be published.  But

15   the kind of punishment he is given should be flavored by the

16   circumstances around which government officials routinely talk

17   to people in the media.  Not spying, not data dumps, but

18   talking.

19            Just between February 7th, when Mr. Kim entered his

20   plea, and today, you could go online and read stories in which

21   a government official spoke to the media, read from classified

22   information to explain that that poor man who has been kept in

23   Iran, a former FBI agent, was probably on a rogue mission for

24   the CIA.  A leak of government information from an insider

25   that put that man's life at risk; that is not what Mr. Kim

1    did.

2            You could read yesterday or the day before that

3    people in the government decided, for their purposes, that

4    they would leak the fact that there's a report that indicates

5    that the CIA was lying and misleading Congress and the public

6    about their enhanced interrogation methods, again, citing from

7    classified information.  No one is going to be prosecuted for

8    that leak; I'm pretty sure.

9            Over the last few weeks you will see that there

10   have been reports citing classified information from high

11   level officials talking about the likelihood of a Russian

12   invasion of Eastern Ukraine.  Again, I'd be surprised if

13   anybody gets prosecuted.  The selectivity argument is not to

14   put forward the idea that Mr. Kim didn't do wrong, it's to put

15   forward the idea that when Your Honor accepted the 11(c)(1)(C)

16   plea, at a penalty that is pretty severe, it was adjusting

17   what otherwise would have been a calibrated much more severe

18   sentence to what the conduct in this case is really about.

19           It doesn't mean that Mr. Kim didn't violate the

20   law.  It means that our system is out of balance and the

21   Court, luckily, has the option of being able to attenuate what

22   is otherwise a Draconian penality when the circumstances are

23   appropriate.  And this is a case in which the circumstances

24   are more than appropriate.

25           It's also appropriate because as it stands now, the

1    government only has this one very blunt tool called the

2    Espionage Act, to use whether or not they are seeking to

3    prosecute Robert Hanssen, a traitor from his FBI post,

4    providing evidence and information to an enemy -- to somebody

5    who as part of his proceeding -- talking to a member of the

6    media about foreign policy.  Again, he did not spy.

7            You will note from the indictment over to the point

8    of our plea agreement, the government no longer included the

9    phrase that indicated that they were willing to prove or were

10   going to prove, and certainly Mr. Kim has resisted and stated

11   continuously that he never revealed sources and methods --

12   something that is of a different category in national security

13   cases.

14           As I've already mentioned, he didn't dump documents

15   and he didn't act for his personal gain.  The issue that

16   Mr. Harvey raises, which we put in our sentencing memorandum

17   about this case having some effect on the way these cases are

18   put forward, reflects the issue that the Department of Justice

19   on the revelation that they went after the private information

20   of media members, their cellphone records, their e-mail

21   accounts, and went forward with a criminal case and,

22   therefore, has adjusted those, was to make the point that --

23   maybe it's obvious, but since Mr. Harvey addressed it, let me

24   make it more obvious.

25           It is very possible that if this case had started

1    tomorrow versus a few years ago, we would have never walked

2    into this courthouse.  It is very possible that the material

3    that the government acquired to make its case would have been

4    beyond the scope of what the new policy allows.  It is very

5    possible that the proceedings which call for administrative

6    resolution versus a criminal case might have happened.  Might

7    not have.  But, again, it puts in context.  It's supports the

8    11(c)(1)(C).  It says that Mr. Kim admits that he did wrong.

9    But the idea of it being in the category of penalties that

10   normally apply should not occur.

11           I want to spend a moment to address what Mr. Harvey

12   said about Mr. Kim and his background, his education, his

13   intelligence and his knowledge of the rules for sure.

14   Mr. Harvey read that as if he was reading from his resume, but

15   he forgot something, which Mr. Kim is more than a piece of

16   paper, he's a human being.

17           He's a human being whose family knows what

18   Mr. Harvey said about North Korea, but because they read it in

19   the Washington Post or the New York Times.  They know it

20   because they lived it.  They know it because relatives

21   disappeared from the peninsula during the war.  They know it

22   because everyday somebody in his family is affected by that

23   regime.  The point of that, Your Honor, is that Mr. Kim, in

24   whatever he did wrong, and my gosh, he has admitted to doing

25   wrong, did so because of his keen understanding that this

country and the world does not appreciate the threat of North
Korea in many ways that Mr. Harvey recited.  Indeed, the more
he talked, the more he put Mr. Kim's conduct in the context in
which it belongs.

So, whether it was in 2009 or '10 or last week, we
can't be spending enough time paying attention to that
country.  And that is the background of Mr. Kim's decision to
enter public service after his immigrant family came here, and
he educated himself, and he put himself in a position to
advise people ranging from the vice-president to national
security advisors, people in the Department of State, not for
personal gain.  But to take that unique expertise he has and
the human story about his family and that peninsula, and make
sure that people in our country knew about it.

In terms of his conduct, Mr. Harvey said, and I
quote:  Mr. Kim understood the simple terms of his
nondisclosure agreement.  End quote.  And should have known
better.  And, in fact, Mr. Harvey is right.  However, the
record would be remiss if we didn't point out that it's not as
simple, especially in dealing with the exchange of oral
information when people know things from both classified and
unclassified sources.

Indeed, Your Honor, we pointed out in our
sentencing memorandum that a member of the prosecution team in
its own sentencing memo cited from the content of what we

1    believed to be a classified document.  I'm sure she or he did

2    not do it in order to violate the law, but it shows that when

3    you have information in your head from multiple sources,

4    sometimes you're not as careful as you should be.  And,

5    indeed, this was the second time it happened in the

6    proceedings of this case.  It's just not as simple as

7    Mr. Harvey and the intelligence community would have it be.

8              As to the 3553 factors, Your Honor, that you have

9    made mention to, I think it's important that we do echo that

10   there has been no criminal history.  Mr. Kim has provided,

11   from the time he graduated, service to this government and not

12   for his own personal gain.  It was that commitment that

13   brought him to the position to be in this situation that we

14   find him so.

15             I've already pointed out in our papers the impact

16   that this case has had on him and his family.  He has paid a

17   significant price and will continue to do so.  As I said, Your

18   Honor, one of the tragedies of this case is not just the costs

19   to Mr. Kim, and not just the costs to his family, but our

20   foreign policy mechanism has lost a valuable person and what

21   he was able to bring to the equation, and that is indeed a

22   tragedy for both sides.

23             You have said that you're accepting the (c)(1)(C)

24   because it also involves both specific and general deterrence,

25   and of course, it does.  Mr. Kim has suffered and his sentence

1    will be further penalty, and more importantly, his life's

2    trajectory has changed dramatically from the person who could

3    advise the higher-ups in government to the person who will

4    wear an orange or green or yellow suit for a period of time,

5    and come out and never be that valuable to the important

6    mission of a strong foreign policy again.

7              So, Your Honor, I conclude by saying that Mr. Kim

8    made the decision to cross a line that he should have known

9    better about.  And, yes, he did so willfully; but it was a

10   mistake.  He's paying the price for that.  The judge -- you

11   have provided the basis for accepting our agreement with the

12   government.  What I read to you today -- what I spoke to you

13   today, as I said, I didn't intend to do, but I wanted to make

14   sure that if the government thought it was necessary to put on

15   information that went beyond why we're standing here, that a

16   fuller context was provided.

17             So, what we would ask Your Honor is as follows.

18   On February 7th Mr. Kim pled guilty pursuant to an 11(c)(1)(C)

19   agreement.  Both sides worked very hard for that agreement and

20   addressed the interests that the government had and that

21   Mr. Kim had as well.  There's some good that can come from

22   this case and from that agreement.  For one thing, it has

23   created a message of general deterrence to the world, to be as

24   careful as possible when dealing with information that is

25   considered national defense information.

1              It has created changed policies at the Department

2     of Justice that will do well for both the government's ability

3     to investigate the media's ability to report, and government

4     officials be able to forge that divide.  It will give Mr. Kim

5     back his life, and give him a little certainty and his family

6     a little certainty without further delay and without more

7     litigation.

8              Then the prosecution team and we, much to the

9     relief of the Court, can reserve for another day the issues of

10    selectivity, motive and an antiquated Espionage Act.  But now

11    what we ask is the Court, as it said it would do, is to enter

12    a judgment accepting the agreement sentencing him as it was

13    with the provisions that we have put forwards that will be

14    enumerated in the plea agreement, and it will include, for

15    example, the issue of designation, which we can address

16    separately.

17             On behalf of us, Your Honor, I appreciate the time

18    that you've given me today to respond.  As I said, I didn't

19    expect to.  But, mostly, I appreciate how much these kinds of

20    cases require from the Court and the court personnel and the

21    people in the Court Security Office, and on behalf of Mr. Kim

22    and all of my colleagues, we thank you and all of them, for

23    the time that you've provided us.

24             THE COURT:  All right.  Does Mr. Kim wish to make a

25    statement or not; it's up to him?

1          MR. LOWELL:  He does, Your Honor.

2          THE COURT:  Okay.  Please come up.

3          THE DEFENDANT:  Thank you, Your Honor.  I would

4   like to read something very short.

5          THE COURT:  I would just ask you to do one thing.

6   When you read it, do it slowly.  Sometimes when you have

7   something written out you go quickly, and I won't be able to

8   absorb and the court reporter will have problems, too.

9          THE DEFENDANT:  Sure.  First, I would like to thank

10  Your Honor for the time and consideration you've given this

11  case over the past three and a half years.  I know how much

12  work has lead to this moment, and I am grateful.

13          Second, I take full responsibility for my actions.

14  I built my career around the idea of helping foreign policy of

15  the United States, the country that adopted me as a boy.  As a

16  man, I dedicated myself in that mission and worked hard to try

17  to achieve it every day.

18          The last few years have been extremely difficult

19  for me.  I owe so much to my family, friends and supporters

20  who have helped me through this time.  I want them and the

21  Court to know that I am dedicated to rebuilding my life and am

22  committed to serving my community when I am released from

23  prison.

24          I know that through this adversity I can find the

25  strength to start over and go back to doing good for the

1   people around me.  Thank you again for letting me speak today.

2         THE COURT:  All right.  You can go ahead and sit

3   down.  In addition to the advisory sentencing guidelines, the

4   Court considers the pleadings, the arguments, the record in

5   this case, in addition to the following information in

6   determining a fair, appropriate and reasonable sentence in

7   conformance with the factors set out in 18 U.S.C. 3553(a) and

8   subsequent sections, except for (e).

9         Mr. Kim is 46 years old.  There is no criminal

10   history.  In terms of education, for high school he was –– for

11   four years as a distinguished scholar.  He attended Georgetown

12   University, has a Bachelor of Arts in European History with an

13   impressive 3.7 grade point.  He also enrolled in the School of

14   Foreign Service, a Bachelor of Science in Foreign Service, and

15   he graduated Cum Laude.  He has a Master of Arts degree from

16   Harvard, majoring in International Security.  Again, equally

17   impressive, a GPA of 3.8.  A doctorate degree from Yale

18   University in Diplomatic and Military History.  He's also

19   authored several publications.

20         In terms of job history, at the present time he is

21   not employed.  From 2000 to 2002, he worked for the Center for

22   Naval Analyses, and one other company, as a research analyst

23   in military operations and East Asian affairs.  From 2002

24   to 2014, he worked for the Lawrence Livermore National

25   Laboratory in California, and he held various positions in

1    that regard.  He was the Senior All-Source Analyst for East

2    Asia and North Korea, the Center for Global Security

3    Research —— the Center for Global Security Research Section.

4            He was detailed at the Department of Defense, the

5    Office of the Secretary at the Pentagon.  He was also detailed

6    to the Department of State, the Office of the Assistant

7    Secretary of State, which involved the verification,

8    compliance and implementation, and that office was here in

9    D.C.  He was a Senior Advisor for Intelligence.  After the FBI

10   began investigating, then he started to work remotely as a

11   Senior Analyst, but still within the same company.

12           In terms of financial conditions, he's currently

13   unemployed.  There's a monthly deficit generated from savings.

14   He's responsible for both alimony and child support.  He owns

15   no real property.  So, he has no financial ability to pay a

16   fine, apart from the 11(c)(1)(C).  I wouldn't have imposed it

17   anyway.

18           In terms of mental health, emotional, substance

19   abuse or physical condition, there are no issues.  On a

20   personal basis, Mr. Kim was born in Seoul, Korea, into an

21   intact union.  His father is a retired owner/operator of a

22   trade company.  His mother is also retired, she was an

23   owner/operator of a store.  The defendant has one sister, a

24   tax attorney living in Switzerland.  His family migrated to

25   the United States around 1976.

                    After the defendant entered college, his parents

returned to Korea.  Mr. Kim has moved around the United

States, based mostly on the different educational facilities

he has studied in, as well as his job needs.  He became a

naturalized citizen in 1988.  He has been married twice, both

have ended in divorce.  His first wife and he have a

14-year-old son, the were married in Korea.  The ex-wife and

son live in Korea.  He's been paying alimony and child

support.  He has contact with his son on a regular basis and

in person two times a year.  The second marriage also ended in

divorce; there are no children.  His family has been very

supportive of him during this case.

                    In terms of the offense conduct -- this is going to

be very summary but based on the proffer of facts.  In June

of 2009, Mr. Kim worked, as I said, for the Lawrence Livermore

National Laboratory, he was assigned to the Department of

State, specifically, the Office of Assistant Secretary of

State for the Bureau of Verification, Compliance and

Implementation, or VCI, which oversaw those activities in

regards to arms control, nonproliferation, and disarmament

agreements, and other countries' compliance with such

agreements.

                    Prior to June of 2009, Mr. Kim entered into various

nondisclosure agreements obligating him not to disclose

classified information to any unauthorized person.

1  Unauthorized disclosures, he was informed, violated federal

2  criminal laws.  These nondisclosure agreements would encompass

3  the classified information at issue in this case, and we've

4  been calling it the Intel Report.

5        The defendant held a Top Secret clearance,

6  including some sensitive compartmental information based on

7  his job.  As such, the defendant had regular access to

8  classified and national defense information relating to

9  various members of the U.S. intelligence community.  In the

10  spring of 2009, Mr. Kim met James Rosen, a news reporter at

11  Fox News.  Mr. Rosen had an office in the same State

12  Department building as Mr. Kim.

13        Mr. Kim and Mr. Rosen began to communicate by

14  phone, e-mail and in person on various topics, including North

15  Korea.  On June 11th, 2009, at approximately 9:50, an intel

16  report, the one we've been talking about, was disseminated on

17  a classified database for the first time to members of the

18  U.S. intel community.  Access was restricted to authorized

19  users of the database who had Top Secret security clearances

20  and authorized access to sensitive compartmentalized, or SCI,

21  portions of the contents of this intel report.

22        Mr. Kim had such authorized access and read the

23  report.  Mr. Kim, upon accessing and reading the report,

24  contacted Mr. Rosen, who did not have lawful access to this

25  intel report.  He contacted him by phone while in the State

1    Department, then Mr. Kim called Mr. Rosen by using his own

2    cell phone.  And then Mr. Rosen and Mr. Kim met outside the

3    State Department building, and it is at this meeting that

4    Mr. Kim orally disclosed to Mr. Rosen the Top Secret SCI

5    national defense information from the intel report,

6    specifically about the military capabilities and preparedness

7    of North Korea.

8           Within a few hours of this meeting, Mr. Rosen

9    published an article on the Internet that included the Top

10   Secret national defense information about the military

11   capabilities and preparedness of North Korea that Mr. Kim had

12   unlawfully orally disclosed to Mr. Rosen.

13          Mr. Kim was never authorized, directly or

14   indirectly, to disclose this Top Secret/SCI national defense

15   information to Mr. Rosen or any other member of the media.

16   Mr. Rosen -- Mr. Kim's actions were knowing and willful and

17   not a mistake.  He was not a whistleblower exposing government

18   waste, fraud and abuse, or other government misconduct.

19          Mr. Kim was interviewed on two occasions by the FBI

20   in 2010.  The first occasion is reflected in the FBI notes,

21   and so it's only from the notes that I am repeating this

22   information, that Mr. Kim denied having contact with Mr. Rosen

23   since meeting him in March of 2009.

24          At the second interview, Mr. Kim did admit that the

25   information from the intel report that was in the Rosen

1   article was national defense information, properly classified

2   at the Top Secret/SCI level, and that unauthorized disclosure

3   could be used to the injury of the United States or advantage

4   of a foreign nation, in that North Korea learned at the time

5   that this information was disclosed, what the United States

6   intelligence community knew or didn't know about North Korea's

7   military capability and preparedness.

8            In terms of the sentencing considerations, I want

9   to make it clear that although Mr. Kim is certainly not

10  accused of espionage, which is the name of the statute that's

11  at issue, his offense is still a very serious one.  He leaked

12  information, classified at the highest level, involved

13  national defense information, and as I said, would provide

14  North Korea, a county certainly hostile to the United States,

15  with the knowledge of what the United States intel community

16  knew at that point in time or didn't know about North Korea's

17  military capabilities and preparedness.

18           It was unlawfully leaked to a reporter who Mr. Kim

19  had to know would print it and put this classified information

20  into the public sector, which is exactly what happened.  It

21  was a deliberate act on Mr. Kim's part.  Now, Mr. Kim's

22  motivation for taking this action had nothing to do, as I've

23  indicated, with government misconduct.  Frankly, the Court

24  cannot fathom his motivation.

25           The government has posited various theories.

1    Defense counsel has indicated what he thinks.  The Court

2    really doesn't know why Mr. Kim did it, from Mr. Kim.  But I

3    can say, that in taking this action, he did, I think, lose his

4    moral compass.  And I think that you should take the time to

5    think through what motivated you, because that's something,

6    from your own perspective in going forward, you need to

7    understand.

8          Mr. Kim is highly intelligent and educated, he had

9    a promising career.  You've jeopardized all of that with this

10   action.  You'll never get a security clearance in the future.

11   You were trusted by the United States Government by allowing

12   you access to this Top Secret/SCI intel, with the expectation

13   that you would not abuse that trust by deciding to disclose it

14   to a reporter who was unauthorized to receive it and would

15   publish it.  You've agreed that the intel information was

16   appropriately classified.

17         Now, you've also pled guilty, you've accepted

18   responsibility for your actions, you haven't equivocated about

19   your actions.  You certainly saved resources of both the

20   government as well as the Court.  The majority of the

21   discovery alone, not all, but most of it, involved classified

22   information, and it's been a very difficult process to go

23   through the CIPA procedures that we had started to engage in,

24   in terms of what information could be declassified and used at

25   trial, and decisions that both the Court had to make, you had

1    to make, through your lawyer, and the government had to make.

2    So, you certainly saved resources, in that respect, by

3    stepping forward and accepting responsibility.

4            The Rule 11(c)(1)(C) plea and the agreement as to

5    what the sentence should be involves a prison sentence, which

6    reflects the seriousness of the offense.  And the amount of

7    the sentence, I think, is a just punishment and, hopefully,

8    will be a deterrent to others.  I have no doubt that it will

9    be a deterrent to you.  I do not expect ever to see you back

10   in my courtroom.  You have family support, which will be

11   important to you in the future.  They evidently have supported

12   you throughout this case, they have come for the plea and

13   they're here today.

14           You're young enough, you have a long life ahead

15   of you and, from my perspective, a very long life.  You're

16   smart, you're talented.  You may not be able to do what you

17   had planned to do before in terms of your career goals; you're

18   going to have to go down a different career path.  But there

19   certainly is no reason why you can't do it.  And I would hope

20   that it would be with a look forward, not a look back.

21   Understand what you've done so you don't repeat it, and

22   understand something about yourself, but I don't expect to see

23   you back here.  This is a sentence that is a variance, and

24   I've explained it, I think, hopefully, in as much detail as

25   necessary.

 1              It is the judgment of the Court that you, Steven

 2   Kim, are hereby committed to the custody of the Bureau of

 3   Prisons for a term of 13 months on Count 1.  You're further

 4   sentenced to serve 12 months of supervised release and to pay

 5   a $100 special assessment.  The Court finds that you don't

 6   have the ability to pay a fine and, therefore, waives

 7   imposition of a fine in this case.  In addition to the fact

 8   that the Rule 11(c)(1)(C) included that there would be no fine

 9   imposed.

10              The special assessment is immediately payable to

11   the Clerk of the Court for the U.S. District Court in the

12   District of Columbia.  Within 30 days of any change of

13   address, you'll notify the Clerk of the Court of the change

14   until such time as the financial obligation is paid in full.

15   Within 72 hours of release from custody, you shall report in

16   person to the probation office in the district to which you're

17   released.

18              While on supervision, you shall submit to

19   collection of DNA; you shall not possess a firearm or other

20   dangerous weapon; you shall not use or possess an illegal

21   controlled substance; and you shall not commit another

22   federal, state or local crime.  You shall also abide by the

23   general conditions of supervision adopted by the U.S.

24   Probation Office.  I have not included any additional special

25   conditions besides those.

1          The Court also finds that the provision for

2    submission of periodic drug tests, as required under the

3    statute, is suspended, as you're believed to pose a low risk

4    of substance abuse.  The Probation Office shall release the

5    presentence investigation report to all appropriate agencies

6    in order to execute the sentence of the Court.

7          You have a right to appeal the sentence imposed

8    by the Court if the period of imprisonment is longer than the

9    statutory maximum, which it is not, or the sentence departs

10   upward from the applicable sentencing guideline range, which

11   it does not.  If you choose to appeal, you must file any

12   appeal within 14 days after the Court enters judgment.  If

13   you're unable to afford the cost of an appeal, you can request

14   permission from the Court to file it without cost to you, and

15   you can request appointment of counsel without cost to you.

16   You did preserve constitutional rights under your appellate,

17   so you should discuss any matter that you have with Mr. Lowell

18   relating to that.

19         I am going to recommend, as has been requested,

20   FCI-Cumberland.  I will send a letter making a recommendation.

21   It will be up to the Bureau of Prisons to make this decision,

22   based on whatever they have, but I will indicate what I think,

23   at least factually, the case is about and what it's not about.

24   I will allow you to voluntarily surrender, which means that

25   you will be receiving a notice, and you should speak to the

```
 1   probation office as to how that works.

 2               I'm going to have you report -- have the report

 3   date be after May 14th, that should allow the classification

 4   process to take place, and if there are any issues relating to

 5   it; it's basically six weeks.  I think it also coincides

 6   around the time that your lease is up.  So, that should give

 7   enough time for the Bureau of Prisons to make its decision and

 8   for you to be informed of those decisions and to take actions,

 9   if necessary, with it.

10               So, Mr. Kim, good luck.  And, as I said, I do not

11   expect to see you back here.  Take care.  Parties are excused.

12            MR. LOWELL:  One last point -- just on your last

13   point.  I appreciate the Court's recommendation, we will get

14   back to both the government and the Court as we now have the

15   judgment to determine whether or not that designation is

16   appropriate and whether or not the Bureau of Prisons can

17   accommodate it.  If there are any wrinkles along the way,

18   we'll let the government and Your Honor know, and see if

19   there's an alternative, but I appreciate the recommendation.

20            THE COURT:  All right.  Parties are excused.  Take

21   care.

22   END OF PROCEEDINGS AT 10:50 A.M.

23

24

25
```

1

2                         C E R T I F I C A T E

3                I, Lisa M. Foradori, RPR, FCRR, certify that

4    the foregoing is a correct transcript from the record of

5    proceedings in the above-titled matter.

6

7    Date:_____              _____

8                                       Lisa M. Foradori, RPR, FCRR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$100** [2]  4/24 34/5
**$17,500** [1]  4/23
**$175,000** [1]  4/23
**$250,000** [1]  3/17

**'**

**'10** [1]  21/5

**1**

**10** [4]  3/17 4/18 5/2 17/10
**10-225** [2]  1/4 3/2
**100-year-old** [1]  17/9
**10:00** [1]  1/6
**10:50 A.M** [1]  36/22
**10th** [1]  1/20
**11** [14]  3/22 4/3 4/5 4/10 5/18 6/12 6/23
  15/13 18/15 20/8 23/18 27/16 33/4 34/8
**11th** [7]  8/7 10/6 10/12 11/7 11/13 14/6
  29/15
**12** [4]  11/8 11/12 17/12 34/4
**120** [1]  4/17
**1200** [1]  2/3
**121** [1]  4/18
**13** [2]  3/23 34/3
**13-month** [2]  6/13 14/22
**14** [1]  35/12
**14-year-old** [1]  28/7
**14th** [1]  36/3
**15** [1]  10/9
**151** [1]  4/18
**18** [2]  11/20 26/7
**1950** [1]  7/17
**1953** [1]  8/10
**1976** [1]  27/25
**1988** [1]  28/5

**2**

**2000** [1]  26/21
**20001** [1]  2/10
**20004** [1]  1/20
**2002** [2]  26/21 26/23
**20036** [1]  2/4
**2009** [12]  8/7 10/8 11/7 11/13 14/6 14/19
  21/5 28/15 28/23 29/10 29/15 30/23
**2010** [1]  30/20
**2014** [2]  1/5 26/24
**202** [4]  1/16 1/21 2/4 2/10
**20530** [1]  1/16
**2113** [1]  1/21
**225** [2]  1/4 3/2
**233-2113** [1]  1/21
**252-7810** [1]  1/16
**28,000** [1]  7/25

**3**

**3.7** [1]  26/13
**3.8** [1]  26/17
**30** [1]  34/12
**300** [1]  2/3
**32** [3]  4/14 4/16 5/16
**3269** [1]  2/10
**333** [1]  2/9
**35** [1]  4/13
**354-3269** [1]  2/10
**3553** [2]  22/8 26/7
**3B1.3** [1]  5/4

**4**

**46** [1]  26/9

**5**

**555** [1]  1/15

**5605** [1]  2/4
**5D1.3** [1]  4/7
**5F1.3** [1]  4/7

**6**

**60** [1]  10/10
**600** [1]  1/19
**6706** [1]  2/9

**7**

**72** [1]  34/15
**7810** [1]  1/16
**793** [1]  11/20
**7th** [2]  17/19 23/18
**7th's** [1]  17/6

**8**

**82** [2]  4/1 4/1

**9**

**974-5605** [1]  2/4
**9:50** [1]  29/15

**A**

**a.m** [1]  1/6 36/22
**ABBE** [2]  2/1 3/10
**abide** [1]  34/22
**ability** [5]  12/17 24/2 24/3 27/15 34/6
**able** [6]  5/23 18/21 22/21 24/4 25/7
  33/16
**about** [33]  8/19 8/25 9/3 9/7 10/7 10/24
  10/25 12/4 12/11 12/15 14/7 16/6 16/7
  16/18 18/6 18/11 18/18 19/6 19/17
  20/12 20/18 21/13 21/14 23/9 29/16
  30/6 30/10 31/6 31/16 32/18 33/22
  35/23 35/23
**above** [4]  4/19 4/25 5/1 37/5
**above-titled** [1]  37/5
**absorb** [1]  25/8
**abuse** [6]  5/5 5/12 27/19 30/18 32/13
  35/4
**accept** [2]  6/12 14/24
**acceptance** [1]  15/23
**accepted** [4]  6/23 15/19 18/15 32/17
**accepting** [6]  4/14 5/14 22/23 23/11
  24/12 33/3
**access** [9]  11/10 13/12 14/18 29/7 29/18
  29/20 29/22 29/24 32/12
**accessing** [2]  29/23
**accident** [1]  9/24
**accommodate** [1]  36/17
**accomplish** [1]  12/17
**accountable** [1]  14/21
**accounts** [1]  19/21
**accused** [1]  31/10
**achieve** [1]  25/17
**acquired** [1]  20/3
**act** [7]  13/25 16/5 17/8 19/2 19/15 24/10
  31/21
**acted** [1]  11/5
**action** [4]  16/2 31/22 32/3 32/10
**actions** [5]  25/13 30/16 32/18 32/19
  36/8
**activities** [1]  28/19
**acts** [1]  14/16
**actual** [1]  13/19
**actually** [1]  13/22
**acute** [1]  8/5
**add** [1]  6/18
**addition** [3]  26/3 26/5 34/7
**additional** [2]  6/10 34/24
**address** [4]  4/11 6/19 20/11 24/15 34/13
**addressed** [2]  19/23 23/20
**addressing** [1]  17/4

**adjusted** [1]  19/23
**adjusting** [1]  18/16
**adjustment** [1]  5/12
**administrative** [1]  20/5
**admit** [1]  30/24
**admits** [1]  20/8
**admitted** [4]  9/21 11/4 12/6 20/24
**admitting** [1]  16/3
**adopted** [2]  25/15 34/23
**advancement** [1]  12/23
**advantage** [2]  9/17 31/3
**adversaries** [1]  12/16
**adversity** [1]  25/24
**advise** [2]  21/10 23/3
**advised** [1]  11/17
**Advisor** [2]  8/25 27/9
**advisors** [1]  21/11
**advisory** [6]  4/7 4/12 4/21 4/25 5/18
  26/3
**affairs** [1]  26/23
**affected** [1]  20/22
**affirmed** [1]  9/13
**afford** [1]  35/13
**after** [8]  8/12 10/15 19/19 21/8 27/9 28/1
  35/12 36/3
**again** [6]  8/2 17/5 17/7 18/6 18/12 19/6
  20/7 23/6 26/1 26/16
**against** [2]  7/16 8/14
**agencies** [1]  35/5
**agent** [1]  17/23
**aggression** [1]  7/19
**ago** [2]  13/24 20/1
**agree** [2]  5/11 7/4
**agreed** [3]  11/8 14/22 32/15
**agreement** [19]  3/22 6/13 6/22 6/25 8/11
  11/14 13/3 14/24 15/13 16/9 19/8 21/7
  23/11 23/19 23/19 23/22 24/12 24/14
  33/4
**agreements** [7]  11/12 11/16 11/23 28/21
  28/22 28/24 29/2
**ahead** [2]  26/2 33/14
**Aid** [3]  3/19 3/19 7/2
**aided** [1]  2/23
**aliases** [1]  12/1
**alimony** [2]  27/14 28/8
**all** [18]  3/14 5/14 8/23 9/10 10/8 15/5
  15/15 16/13 16/25 24/22 24/22 24/24
  26/2 27/11 32/9 32/21 35/5 36/20
**All-Source** [1]  27/1
**allegations** [1]  16/8
**allow** [2]  35/24 36/3
**allowing** [1]  32/11
**allows** [1]  20/4
**ally** [1]  7/12
**almost** [1]  16/20
**alone** [1]  32/21
**along** [1]  36/17
**already** [3]  5/8 19/14 22/15
**also** [20]  6/7 7/7 9/8 9/21 12/5 12/24
  13/16 14/9 14/18 18/25 22/24 26/13
  26/18 27/5 27/22 28/10 32/17 34/22
  35/1 36/5
**alternative** [1]  36/19
**although** [1]  31/9
**altruistic** [1]  12/21
**am** [7]  16/2 25/12 25/21 25/21 25/22
  30/21 35/19
**ambitions** [1]  7/20
**Amendment** [1]  13/14
**AMERICA** [2]  1/3 3/3
**amount** [2]  6/4 33/6
**Analyses** [1]  26/22
**analyst** [3]  26/22 27/1 27/11
**announced** [1]  8/9

## A

**another [3]**  10/23 24/9 34/21
**antiquated [1]**  24/10
**any [14]**  9/11 11/17 11/18 12/8 14/17 16/14 28/25 30/15 34/12 34/24 35/11 35/17 36/4 36/17
**anybody [1]**  18/13
**anything [2]**  5/1 6/18
**anyway [2]**  11/24 27/17
**apart [1]**  27/16
**apologize [1]**  15/14
**appeal [4]**  35/7 35/11 35/12 35/13
**APPEARANCES [1]**  1/13
**appellate [1]**  35/16
**applicability [2]**  5/4 5/11
**applicable [2]**  4/24 35/10
**apply [1]**  20/10
**appointment [1]**  35/15
**appreciate [5]**  21/1 24/17 24/19 36/13 36/19
**appropriate [8]**  6/16 6/25 18/23 18/24 18/25 26/6 35/5 36/16
**appropriately [1]**  32/16
**approximately [1]**  29/15
**April [2]**  1/5 6/5
**are [16]**  3/13 4/18 4/22 5/7 7/25 18/22 18/24 19/2 19/17 27/19 28/11 34/2 36/4 36/11 36/17 36/20
**aren't [1]**  16/21
**arguing [1]**  13/17
**argument [3]**  14/13 15/9 18/13
**arguments [1]**  26/4
**armed [1]**  7/13
**arms [1]**  28/20
**around [7]**  14/6 17/16 25/14 26/1 27/25 28/2 36/6
**article [1]**  30/9 31/1
**artillery [1]**  7/24
**Arts [2]**  26/12 26/15
**as [66]**
**Asia [1]**  27/2
**Asian [1]**  26/23
**ask [3]**  23/17 24/11 25/5
**asked [1]**  12/3
**assertion [2]**  9/19 13/2
**assessment [3]**  4/24 34/5 34/10
**assigned [1]**  28/16
**Assistant [3]**  9/1 27/6 28/17
**atmosphere [1]**  8/16
**attack [1]**  7/17
**attended [1]**  26/11
**attention [2]**  6/5 21/6
**attenuate [1]**  18/21
**attorney [1]**  27/24
**Attorney's [2]**  1/15 3/7
**August [1]**  10/8
**authored [1]**  26/19
**authorized [4]**  29/18 29/20 29/22 30/13
**Avenue [2]**  2/3 2/9
**avoid [1]**  11/25

## B

**Bachelor [2]**  26/12 26/14
**back [8]**  17/3 24/5 25/25 33/9 33/20 33/23 36/11 36/14
**background [2]**  20/12 21/7
**balance [2]**  17/11 18/20
**base [1]**  4/13
**based [7]**  15/1 15/2 15/18 28/3 28/14 29/6 35/22
**basically [1]**  36/5
**basis [5]**  14/25 16/9 23/11 27/20 28/9
**be [52]**

**became [1]**  28/4
**because [11]**  5/7 14/16 15/1 18/25 20/18 20/20 20/20 20/22 20/25 22/24 32/5
**become [1]**  17/12
**been [14]**  15/9 17/22 18/10 18/17 20/3 22/10 25/18 28/5 28/8 28/11 29/4 29/16 32/22 35/19
**before [3]**  1/10 18/2 33/17
**began [1]**  27/10 29/13
**begin [1]**  15/15
**behalf [1]**  24/17 24/21
**being [7]**  14/21 16/8 16/16 18/21 20/9 20/16 20/17
**beings [1]**  16/18
**belied [1]**  13/3
**believe [2]**  9/16 14/24
**believed [3]**  10/23 22/1 35/3
**belongs [1]**  21/4
**below [1]**  5/18
**benefit [1]**  8/21
**benefits [1]**  15/2
**besides [1]**  34/25
**better [4]**  7/8 7/8 21/18 23/9
**between [9]**  5/3 6/5 8/5 10/8 10/10 10/13 15/25 15/17 17/19
**beyond [3]**  16/10 20/4 23/15
**blow [1]**  12/9
**blue [1]**  10/1
**blunt [1]**  19/1
**border [3]**  7/21 7/24 8/1
**borders [1]**  7/22
**born [1]**  27/20
**both [12]**  5/10 5/21 21/21 22/22 22/24 23/19 24/2 27/14 28/5 32/19 32/25 36/14
**bound [1]**  8/10
**boy [1]**  25/15
**brain [2]**  16/18 16/22
**breach [1]**  13/15
**break [2]**  13/7 13/9
**bring [1]**  22/21
**broke [1]**  14/10
**brought [1]**  22/13
**building [2]**  29/12 30/3
**built [1]**  25/14
**Bureau [5]**  28/18 34/2 35/21 36/7 36/16

## C

**calibrated [1]**  18/17
**California [1]**  26/25
**call [3]**  10/1 17/5 20/5
**called [4]**  10/14 16/4 19/1 30/1
**calling [1]**  29/4
**calls [3]**  10/10 10/12 10/16
**came [1]**  21/8
**can [12]**  4/8 6/17 6/19 23/21 24/9 24/15 25/24 26/2 32/3 35/13 35/15 36/16
**can't [2]**  21/6 33/19
**cannot [1]**  13/14 14/15 31/24
**capabilities [6]**  7/20 8/20 12/11 30/6 30/11 31/17
**capability [1]**  31/7
**care [2]**  36/11 36/21
**career [4]**  25/14 32/9 33/17 33/18
**careful [2]**  22/4 23/24
**carried [1]**  8/8
**case [30]**  3/2 6/16 7/1 8/4 9/11 11/15 13/11 14/20 15/3 15/14 16/6 16/7 18/18 18/23 19/17 19/21 19/25 20/3 20/6 22/6 22/16 22/18 23/22 25/11 26/5 28/12 29/3 33/12 34/7 35/23
**cases [4]**  16/7 19/13 19/17 24/20
**catch [1]**  10/1
**categorized [1]**  16/21

**category [4]**  16/4 17/9 19/12 20/9
**caught [1]**  11/25
**cause [1]**  10/2
**cell [1]**  30/2
**cellphone [1]**  19/20
**Center [3]**  26/21 27/2 27/3
**cerebrums [1]**  16/21
**certainly [8]**  5/21 11/22 19/10 31/9 31/14 32/19 33/2 33/19
**certainty [1]**  24/5 24/6
**certify [1]**  37/3
**Chadbourne [2]**  2/2 3/11
**change [2]**  34/12 34/13
**changed [2]**  23/2 24/1
**changes [1]**  13/5
**charged [1]**  8/16
**child [2]**  27/14 28/8
**children [1]**  28/11
**choose [1]**  35/11
**CIA [2]**  17/24 18/5
**CIPA [2]**  6/8 32/23
**circumstances [4]**  6/16 17/16 18/22 18/23
**cited [1]**  21/25
**cites [1]**  12/25
**citing [2]**  18/6 18/10
**citizen [1]**  28/5
**claim [1]**  13/1
**classification [1]**  36/3
**classified [32]**  6/1 6/4 9/8 9/15 10/2 10/18 11/11 11/16 12/18 13/9 13/12 13/18 13/19 13/22 14/1 14/5 16/19 16/22 17/21 18/7 18/10 21/21 22/1 22/5 28/25 29/3 29/8 29/17 31/1 31/12 31/19 32/16 32/21
**clear [2]**  16/6 31/9
**clearance [3]**  5/24 29/5 32/10
**clearances [1]**  29/19
**Clerk [2]**  34/11 34/13
**cloak [1]**  13/14
**closed [1]**  9/4
**closing [1]**  15/9
**coincides [1]**  36/5
**colleagues [1]**  24/22
**collecting [2]**  9/2 12/15
**collection [1]**  34/19
**COLLEEN [1]**  1/10
**college [1]**  28/1
**COLUMBIA [2]**  1/1 34/12
**come [6]**  3/3 17/2 23/5 23/21 25/2 33/12
**commit [2]**  11/8 34/21
**commitment [1]**  22/12
**committed [2]**  25/22 34/2
**committing [2]**  11/4 11/9
**communicate [1]**  29/13
**communicated [2]**  12/1 14/19
**communication [1]**  12/2
**community [13]**  4/1 4/8 4/10 8/6 8/14 12/16 15/11 22/7 25/22 29/9 29/18 31/6 31/15
**community's [1]**  10/24
**company [3]**  26/22 27/11 27/22
**compartment [1]**  11/15
**compartmental [1]**  29/6
**compartmentalized [1]**  29/20
**compartmented [2]**  8/17 9/15
**compass [1]**  32/4
**completed [1]**  6/10
**compliance [4]**  3/21 27/8 28/18 28/21
**complicated [1]**  6/8
**computer [2]**  2/23 10/19
**computer-aided [1]**  2/23
**conclude [1]**  23/7
**concluded [1]**  11/1

**C**

**condition [3]** 4/9 11/10 27/19
**conditions [4]** 4/11 27/12 34/23 34/25
**conduct [14]** 7/3 8/4 9/6 13/2 13/17 14/7 14/21 15/1 15/19 17/7 18/18 21/3 21/15 28/13
**conferred [1]** 5/10
**conformance [1]** 26/7
**Congress [1]** 18/5
**consider [1]** 6/15
**consideration [1]** 25/10
**considerations [1]** 31/8
**considered [3]** 8/10 9/3 23/25
**considers [1]** 26/4
**constitute [1]** 11/18
**Constitution [1]** 2/9
**constitutional [1]** 35/16
**constrict [1]** 8/15
**consumer [1]** 8/24
**contact [2]** 28/9 30/22
**contacted [2]** 29/24 29/25
**contained [2]** 16/19 16/20
**content [1]** 21/25
**contents [1]** 29/21
**context [11]** 7/4 7/5 7/7 16/24 16/25 17/2 17/8 17/13 20/7 21/3 23/16
**continue [1]** 22/17
**continuously [1]** 19/11
**contractors [2]** 12/19 13/8
**control [1]** 28/20
**controlled [1]** 34/21
**conversation [2]** 16/16 16/23
**conveyed [1]** 14/2
**conviction [1]** 5/22
**convictions [1]** 4/15
**convince [1]** 8/13
**correct [2]** 9/24 37/4
**cost [3]** 35/13 35/14 35/15
**costs [2]** 22/18 22/19
**could [7]** 9/16 11/18 17/20 18/2 23/2 31/3 32/24
**counsel [7]** 3/3 3/12 3/25 6/18 14/12 32/1 35/15
**Count [1]** 34/3
**Counterespionage [2]** 1/19 3/8
**countries' [1]** 28/21
**country [5]** 7/15 21/1 21/7 21/14 25/15
**country's [1]** 11/10
**county [1]** 31/14
**course [1]** 22/25
**court [38]**
**Court's [1]** 36/13
**courthouse [2]** 2/9 20/2
**courtroom [3]** 3/13 9/12 33/10
**courts [1]** 14/14
**covert [1]** 12/1
**COYLE [2]** 2/2 3/11
**CR [1]** 1/4
**created [2]** 23/23 24/1
**crime [6]** 6/24 8/24 11/9 12/21 14/8 34/22
**criminal [15]** 3/2 4/15 4/16 5/15 8/4 9/6 11/19 13/4 13/17 14/21 19/21 20/6 22/10 26/9 29/2
**cross [1]** 23/8
**crossed [1]** 15/20
**Cum [1]** 26/15
**Cumberland [1]** 35/20
**curb [1]** 7/19
**currently [1]** 27/12
**CURTIS [2]** 1/18 3/8
**custody [2]** 34/2 34/15

**D**

**D.C [1]** 27/9
**danger [1]** 7/11
**dangerous [3]** 7/22 12/12 34/20
**data [2]** 16/13 17/17
**database [2]** 29/17 29/19
**date [3]** 10/11 36/3 37/7
**day [4]** 10/22 18/2 24/9 25/17
**days [3]** 10/19 34/12 35/12
**DC [5]** 1/5 1/16 1/20 2/4 2/10
**dealing [2]** 21/20 23/24
**DEBRA [2]** 1/18 3/8
**decided [1]** 18/3
**deciding [1]** 32/13
**decision [4]** 21/7 23/8 35/21 36/7
**decisions [2]** 32/25 36/8
**declassified [1]** 32/24
**declassify [1]** 6/3
**dedicated [2]** 25/16 25/21
**defendant [46]**
**defendant's [12]** 3/19 7/3 7/6 8/4 9/6 9/20 10/18 11/2 12/21 13/16 14/4 14/7
**defense [16]** 3/16 6/18 9/12 9/23 14/1 14/6 14/12 23/25 27/4 29/8 30/5 30/10 30/14 31/1 31/13 32/1
**defense's [2]** 9/19 15/1
**defensive [1]** 8/1
**defer [1]** 7/18
**defiance [1]** 8/9
**deficit [1]** 27/13
**defied [1]** 12/13
**degree [2]** 26/15 26/17
**delay [1]** 24/6
**delete [1]** 11/2
**deliberate [1]** 31/21
**delivery [1]** 16/16
**denied [2]** 12/5 30/22
**Department [2]** 1/18 3/9 12/25 19/18 21/11 24/1 27/4 27/6 28/16 29/12 30/1 30/3
**department's [1]** 13/5
**departs [1]** 35/9
**derived [1]** 8/21
**designation [2]** 24/15 36/15
**desire [2]** 12/8 12/22
**detail [1]** 33/24
**detailed [2]** 27/4 27/5
**detection [1]** 11/25
**determine [1]** 36/15
**determining [1]** 26/6
**deterrence [3]** 5/20 22/24 23/23
**deterrent [2]** 33/8 33/9
**did [23]** 7/8 8/19 10/1 10/21 11/24 11/25 14/11 15/20 16/1 16/12 17/13 18/1 19/6 20/8 20/24 20/25 22/1 23/9 29/24 30/24 32/2 32/3 35/16
**didn't [12]** 15/16 16/2 16/5 18/14 18/19 19/14 19/15 21/19 23/13 24/18 31/6 31/16
**difference [3]** 13/20 15/25 16/15
**different [3]** 19/12 28/3 33/18
**difficult [2]** 25/18 32/22
**difficulty [1]** 9/2
**Diplomatic [1]** 26/18
**directly [1]** 30/13
**disappeared [1]** 20/21
**disarmament [1]** 28/20
**disclose [8]** 7/8 8/17 10/2 11/16 13/13 28/24 30/14 32/13
**disclosed [7]** 9/14 9/16 13/18 14/5 30/4 30/12 31/5
**disclosing [1]** 9/8
**disclosure [11]** 3/15 8/7 9/20 9/23 10/6

**disclosures [2]** 13/9 29/1
**discovery [1]** 32/21
**discretion [1]** 4/9
**discuss [1]** 35/17
**dismiss [1]** 14/14
**dispute [1]** 5/3
**disputed [1]** 5/13
**disseminated [1]** 29/16
**distinction [1]** 13/20
**distinguished [1]** 26/11
**district [6]** 1/1 1/1 1/11 34/11 34/12 34/16
**divide [1]** 24/4
**divorce [2]** 28/6 28/11
**DNA [1]** 34/19
**do [23]** 6/9 6/24 8/2 15/12 15/14 15/16 16/18 17/14 18/14 22/2 22/9 22/17 23/13 24/2 24/11 25/5 25/6 31/22 33/9 33/16 33/17 33/19 36/10
**doctorate [1]** 26/17
**document [5]** 13/20 13/22 13/22 16/17 22/1
**documents [2]** 16/12 19/14
**does [8]** 13/21 14/8 14/13 21/1 22/25 24/24 25/1 35/11
**doesn't [6]** 4/10 5/6 5/13 6/19 18/19 32/2
**doing [7]** 5/14 6/11 12/17 14/25 15/16 20/24 25/25
**don't [5]** 15/24 16/17 33/21 33/22 34/5
**done [5]** 10/21 11/24 14/13 14/25 33/21
**doubt [1]** 33/8
**down [3]** 6/7 26/3 33/18
**Draconian [1]** 18/22
**drafted [1]** 15/11
**dramatically [1]** 23/2
**drug [1]** 35/2
**dump [2]** 16/13 19/14
**dumps [1]** 17/17
**during [4]** 8/5 9/5 20/21 28/12
**duty [2]** 13/13 13/15

**E**

**e-mail [5]** 10/19 10/23 11/1 19/20 29/14
**e-mails [1]** 10/9
**Each [1]** 11/15
**East [2]** 26/23 27/1
**Eastern [1]** 18/12
**echo [1]** 22/9
**EDELSTEIN [2]** 1/17 3/8
**educated [3]** 7/10 21/9 32/8
**education [2]** 20/12 26/10
**educational [1]** 28/3
**effect [2]** 5/9 19/17
**effort [2]** 7/20 13/16
**efforts [1]** 15/1
**ego [1]** 12/22
**emotional [1]** 27/18
**employed [1]** 26/21
**employees [2]** 12/19 13/8
**encompass [1]** 29/2
**End [2]** 21/17 36/22
**ended [3]** 8/11 28/6 28/10
**enemy [1]** 19/4
**engage [1]** 32/23
**enhanced [1]** 18/6
**enough [3]** 21/6 33/14 36/7
**enrolled [1]** 26/13
**enter [2]** 21/8 24/11
**entered [5]** 3/15 11/11 17/19 28/1 28/23
**enters [1]** 35/12
**entrusted [1]** 13/12
**enumerated [1]** 24/14

Case 1:10-cr-00225-CKK Document 299 Filed 11/12/... ... 41 of 47

## E

**equally** [1] 26/16
**equation** [1] 22/21
**equivocated** [1] 32/18
**escaped** [1] 14/16
**especially** [1] 21/20
**espionage** [7] 13/25 16/4 16/6 17/8 19/2 24/10 31/10
**ESQUIRE** [7] 1/14 1/14 1/17 1/18 2/1 2/1 2/2
**European** [1] 26/12
**even** [2] 16/7 17/12
**event** [2] 14/17 16/10
**events** [1] 17/7
**ever** [1] 33/9
**every** [1] 25/17
**everyday** [1] 20/22
**everyone** [1] 14/12
**everyone's** [1] 14/13
**evidence** [1] 19/4
**evidently** [1] 33/11
**ex** [1] 28/7
**ex-wife** [1] 28/7
**exactly** [2] 12/16 31/20
**example** [1] 24/15
**except** [1] 26/8
**exchange** [1] 21/20
**exchanged** [1] 7/24
**excused** [2] 36/11 36/20
**execute** [1] 35/6
**expect** [5] 15/16 24/19 33/9 33/22 36/11
**expectation** [1] 32/12
**expense** [1] 5/25
**expert** [1] 7/11
**expertise** [1] 21/12
**explain** [2] 17/8 17/22
**explained** [1] 33/24
**explains** [1] 7/7
**expose** [1] 12/8
**exposed** [1] 9/6
**exposing** [2] 8/18 30/17
**expressed** [1] 10/20
**extremely** [1] 25/18

## F

**face** [2] 10/13 10/13
**face-to-face** [1] 10/13
**facilities** [1] 28/3
**facility** [1] 10/17
**fact** [9] 5/15 7/8 11/7 12/8 12/20 16/23 18/4 21/18 34/7
**factors** [2] 22/8 26/7
**facts** [1] 28/14
**factual** [1] 16/9
**factually** [1] 35/23
**fair** [1] 26/6
**faithless** [1] 12/19
**falsely** [1] 12/19
**family** [12] 3/13 20/17 20/22 21/8 21/13 22/16 22/19 24/5 25/19 27/24 28/11 33/10
**far** [1] 16/10
**father** [1] 27/21
**fathom** [1] 31/24
**FBI** [6] 12/3 17/23 19/3 27/9 30/19 30/20
**FBI's** [1] 14/17
**FCI** [1] 35/20
**FCI-Cumberland** [1] 35/20
**FCRR** [3] 2/8 37/3 37/8
**February** [4] 12/6 17/6 17/19 23/18
**February 7th** [2] 17/19 23/18
**February 7th's** [1] 17/6
**federal** [2] 29/1 34/22

**felony** [1] 5/22
**few** [5] 16/5 16/9 20/1 25/18 30/8
**file** [2] 35/11 35/14
**filed** [1] 15/16
**financial** [3] 27/12 27/15 34/14
**find** [2] 22/14 25/24
**finding** [1] 5/15
**finds** [2] 34/5 35/1
**fine** [10] 3/17 3/24 4/2 4/4 4/23 6/15 27/16 34/6 34/7 34/8
**fire** [1] 7/24
**firearm** [1] 34/19
**first** [5] 13/14 14/25 9/8 28/6 29/17 30/20
**flavored** [1] 17/15
**Floor** [1] 1/20
**focused** [1] 10/6
**following** [2] 7/16 26/5
**follows** [1] 23/17
**Foradori** [2] 2/8 37/3 37/8
**foregoing** [1] 37/4
**foreign** [10] 9/7 9/18 12/12 19/6 22/20 23/6 25/14 26/14 26/14 31/4
**forge** [1] 24/4
**forgot** [1] 20/15
**former** [1] 17/23
**forward** [11] 3/4 4/5 16/8 16/24 18/14 18/15 19/18 19/21 32/6 33/3 33/20
**forwards** [1] 24/13
**fought** [1] 7/16
**four** [2] 11/13 26/11
**Fourth** [1] 1/15
**Foy** [1] 29/11
**Frankly** [1] 31/23
**fraud** [1] 30/18
**free** [1] 14/15
**frequently** [1] 14/12
**friends** [1] 25/19
**From 2000** [1] 26/21
**From 2002** [1] 26/23
**full** [3] 17/10 25/13 34/14
**fuller** [1] 23/16
**further** [7] 7/5 7/18 8/15 12/3 23/1 24/6 34/3
**future** [3] 5/24 32/10 33/11

## G

**gain** [3] 19/15 21/12 22/12
**gave** [1] 13/21
**general** [3] 22/24 23/23 34/23
**generated** [1] 27/13
**Georgetown** [1] 26/11
**get** [5] 5/23 6/9 11/25 32/10 36/13
**gets** [1] 18/13
**give** [3] 24/4 24/5 36/6
**given** [4] 15/8 17/15 24/18 25/10
**Global** [2] 27/2 27/3
**go** [8] 6/7 6/8 17/20 25/7 25/25 26/2 32/22 33/18
**goals** [1] 33/17
**going** [8] 15/7 18/7 19/10 28/13 32/6 33/18 35/19 36/2
**gone** [1] 6/4
**good** [5] 3/5 3/10 23/21 25/25 36/10
**gosh** [1] 20/24
**government** [35] 1/4 1/14 3/7 6/3 6/17 6/21 10/7 12/8 12/19 13/8 14/5 15/3 16/14 17/16 17/21 17/24 18/3 19/1 19/8 20/3 22/11 23/3 23/12 23/14 23/24 24/3 30/17 30/18 31/23 31/25 32/11 32/20 33/1 36/14 36/18
**government's** [8] 3/18 6/2 9/25 10/3 10/9 12/20 15/2 24/2
**GPA** [1] 26/17
**grade** [1] 26/13

**graduated** [2] 22/11 26/15
**grateful** [1] 25/17
**green** [1] 23/4
**guideline** [5] 4/18 4/25 5/4 5/7 35/10
**guidelines** [6] 4/7 4/12 4/22 5/18 17/11 26/3
**guilty** [6] 9/7 11/3 11/9 13/4 23/18 32/17

## H

**had** [29] 6/4 6/7 8/8 8/22 9/16 10/4 10/15 10/21 11/7 12/5 12/12 13/13 19/25 22/16 23/20 23/21 29/7 29/11 29/19 29/22 30/11 31/19 31/22 32/8 32/23 32/25 32/25 33/1 33/17
**half** [2] 13/24 25/11
**hampered** [1] 12/18
**Hampshire** [1] 2/3
**Hanssen** [1] 19/3
**happened** [3] 20/6 22/5 31/20
**hard** [8] 8/13 23/19 25/16
**Harvard** [11] 11/21 26/16
**HARVEY** [17] 1/14 3/6 15/8 15/22 16/10 16/15 16/17 16/24 19/16 19/23 20/11 20/14 20/18 21/2 21/15 21/18 22/7
**Harvey's** [1] 17/4
**has** [44]
**haven't** [1] 32/18
**have** [52]
**having** [5] 6/7 11/24 15/14 19/17 30/22
**he** [86]
**he's** [10] 3/21 4/16 14/20 20/16 20/17 23/10 26/18 27/12 27/14 28/8
**head** [1] 22/3
**health** [1] 27/18
**hear** [2] 6/17 16/19
**hearing** [6] 1/10 9/5 9/13 9/22 11/5 14/7
**heavily** [1] 7/22
**held** [4] 13/11 13/24 26/25 29/5
**helped** [1] 25/20
**helping** [1] 25/14
**here** [11] 3/6 3/14 7/6 11/20 15/18 21/8 23/15 27/8 33/13 33/23 36/11
**hereby** [1] 34/2
**high** [2] 18/10 26/10
**higher** [1] 23/3
**higher-ups** [1] 23/3
**highest** [1] 31/12
**highly** [3] 7/10 8/16 32/8
**him** [15] 5/21 10/2 10/2 11/16 11/17 22/13 22/14 22/16 24/5 24/12 24/25 28/12 28/24 29/25 30/23
**himself** [3] 8/17 21/9 21/9
**his** [55]
**history** [8] 4/15 4/17 7/14 22/10 26/10 26/12 26/18 26/20
**Honor** [25] 3/5 3/10 6/21 7/14 7/23 14/23 15/4 15/6 15/8 15/18 16/4 17/6 17/9 18/15 20/23 21/23 22/8 22/18 23/7 23/17 24/17 25/1 25/3 25/10 36/18
**HONORABLE** [1] 1/10
**hope** [1] 33/19
**hopefully** [2] 33/7 33/24
**hostile** [1] 31/14
**hostility** [1] 7/14
**hours** [2] 30/8 34/15
**how** [4] 17/11 24/19 25/11 36/1
**however** [2] 14/1 21/18
**human** [4] 16/18 20/16 20/17 21/13

## I

**I'd** [1] 18/12
**I'll** [1] 17/5
**I'm** [6] 5/13 5/14 15/16 18/8 22/1 36/2
**I've** [6] 4/25 5/10 19/14 22/15 31/22

**I**

I've... [1]  33/24
**idea** [4]  18/14 18/15 20/9 25/14
**identical** [1]  16/20
**identify** [1]  3/4
**illegal** [4]  4/20 5/2 11/7 34/20
**immediately** [1]  34/10
**immigrant** [1]  21/8
**impact** [1]  22/15
**implementation** [2]  27/8 28/19
**important** [4]  7/4 22/9 23/5 33/11
**importantly** [1]  6/2 23/1
**impose** [1]  8/14
**imposed** [7]  3/24 4/19 6/13 6/15 27/16
34/9 35/7
**imposition** [1]  34/7
**impressive** [2]  26/13 26/17
**imprisonment** [2]  13/4 35/8
**in 2009** [1]  21/5
**in 2010** [1]  30/20
**inaccuracy** [1]  9/11
**inadvertent** [1]  11/4
**incarceration** [3]  3/23 5/20 6/14
**include** [2]  4/10 24/14
**included** [4]  19/8 30/9 34/8 34/24
**includes** [2]  4/3 5/19
**including** [3]  11/19 29/6 29/14
**incorrect** [1]  9/21
**indeed** [9]  8/25 9/3 9/21 10/14 11/13
21/2 21/23 22/5 22/21
**indicate** [1]  35/22
**indicated** [6]  4/25 5/5 14/23 19/9 31/23
32/1
**indicates** [3]  3/20 4/1 18/4
**indictment** [1]  19/7
**indirectly** [1]  30/14
**individual** [1]  15/25
**ineligible** [1]  4/22
**information** [46]
**informed** [2]  29/1 36/8
**inherent** [1]  9/2
**initial** [1]  13/3
**injury** [2]  9/17 31/3
**inside** [1]  10/17
**insider** [1]  17/24
**instructing** [1]  11/1
**intact** [1]  27/21
**intel** [10]  29/4 29/15 29/18 29/21 29/25
30/5 30/25 31/15 32/12 32/15
**intelligence** [25]  6/6 7/9 8/18 8/22 8/24
9/1 9/3 9/7 9/10 10/16 10/18 10/24
11/11 11/15 12/11 12/14 12/15 12/16
14/18 15/11 20/13 22/7 27/9 29/9 31/6
**intelligent** [1]  32/8
**intend** [1]  23/13
**intended** [1]  13/6
**interests** [2]  6/6 23/20
**international** [3]  8/6 8/13 26/16
**Internet** [1]  30/9
**interrogation** [1]  18/6
**interview** [1]  30/24
**interviewed** [1]  30/19
**invade** [1]  8/2
**invasion** [1]  18/12
**investigate** [1]  24/3
**investigating** [1]  27/10
**investigation** [6]  9/25 10/4 10/9 12/20
14/17 35/5
**involve** [1]  16/13
**involved** [5]  6/1 16/12 27/7 31/12 32/21
**involves** [2]  22/24 33/5
**Iran** [1]  17/23
**irrelevant** [1]  5/5

**is** [94]
**issue** [12]  5/17 8/15 9/10 11/15 11/20
14/18 17/5 19/15 19/18 24/15 29/3
31/11
**issues** [3]  24/9 27/19 36/4
**it** [101]
**it's** [14]  5/5 13/3 18/14 18/25 19/23 20/7
21/19 22/6 22/9 24/25 30/21 32/22
35/23 36/5
**its** [11]  7/16 7/19 8/8 8/15 8/19 9/19
12/17 17/7 20/3 21/25 36/7
**itself** [1]  8/10

**J**

**jail** [1]  3/17
**James** [1]  29/10
**jeopardized** [1]  32/9
**JIN** [1]  1/6
**JIN-WOO** [1]  1/6
**job** [5]  17/1 17/2 26/20 28/4 29/7
**JONATHAN** [2]  1/14 3/7
**judge** [2]  1/11 23/10
**judgment** [4]  24/12 34/1 35/12 36/15
**JULIE** [2]  1/17 3/8
**July** [1]  14/6
**July 11th** [1]  14/6
**June** [9]  8/7 10/6 10/12 11/7 11/13
14/19 28/14 28/23 29/15
**June 11th** [4]  10/12 11/7 11/13 29/15
**June 11th, 2009** [1]  14/19
**just** [13]  4/4 7/6 7/23 8/6 12/12 17/11
17/19 22/6 22/18 22/19 25/5 33/7 36/12
**Justice** [4]  1/18 3/9 19/18 24/2
**Justice's** [1]  12/25
**justification** [1]  5/17

**K**

**keen** [1]  20/25
**KEITH** [2]  2/1 3/11
**kept** [1]  17/22
**KIM** [55]
**Kim's** [6]  17/7 21/3 21/7 30/16 31/21
31/21
**kind** [1]  17/15
**kinds** [1]  24/19
**knew** [9]  7/11 8/19 9/2 9/14 11/6 11/23
21/14 31/6 31/16
**know** [16]  7/8 8/19 16/17 16/18 20/19
20/20 21/21 21/21 25/11 25/21 25/24
31/6 31/16 31/19 32/2 36/18
**knowing** [1]  30/16
**knowingly** [1]  11/5
**knowledge** [3]  10/25 20/13 31/15
**known** [3]  7/8 21/17 23/8
**knows** [3]  7/14 16/4 20/17
**KOLLAR** [1]  1/10
**KOLLAR-KOTELLY** [1]  1/10
**Korea** [29]  7/11 7/12 7/13 7/16 7/17 7/21
7/23 8/1 8/6 8/8 8/14 8/18 8/25 9/3 9/7
10/7 10/25 20/18 21/2 27/2 27/20 28/2
28/7 28/8 29/15 30/7 30/11 31/4 31/14
**Korea's** [3]  7/21 31/6 31/16
**Korean** [4]  7/10 7/19 8/3 8/11
**KOTELLY** [1]  1/10

**L**

**Laboratory** [2]  26/25 28/16
**last** [5]  18/9 21/5 25/18 36/12 36/12
**later** [1]  10/19
**Laude** [1]  26/15
**law** [3]  14/10 18/20 22/2
**lawful** [1]  29/24
**Lawrence** [2]  26/24 28/15
**laws** [2]  11/19 29/2

**lawyer** [1]  33/2
**lead** [1]  25/12
**leak** [4]  16/8 17/24 18/4 18/8
**leaked** [2]  31/11 31/18
**leaker** [1]  14/20
**leaks** [1]  12/18
**learned** [1]  31/4
**lease** [1]  36/6
**least** [3]  10/12 15/12 35/23
**less** [3]  11/8 11/11 11/13
**let** [2]  19/23 36/18
**letter** [1]  35/20
**letting** [1]  26/1
**level** [8]  4/13 4/14 4/16 5/11 9/15 18/11
31/2 31/12
**lieu** [1]  4/2
**life** [7]  7/6 15/23 17/25 24/5 25/21 33/14
33/15
**life's** [1]  23/1
**like** [7]  7/4 12/19 13/8 14/11 16/7 25/4
25/9
**likelihood** [1]  18/11
**line** [3]  15/20 15/25 23/8
**Lisa** [2]  2/8 37/3 37/8
**litigation** [1]  24/7
**little** [2]  24/5 24/6
**live** [1]  28/8
**lived** [1]  20/20
**Livermore** [2]  26/24 28/15
**living** [1]  27/24
**LLP** [1]  2/2
**local** [1]  34/22
**long** [3]  7/14 33/14 33/15
**longer** [3]  8/10 19/8 35/8
**look** [2]  33/20 33/20
**lose** [1]  32/3
**lost** [1]  22/20
**low** [1]  35/3
**LOWELL** [4]  2/1 3/11 15/5 35/17
**luck** [1]  36/10
**luckily** [1]  18/21
**lying** [1]  18/5

**M**

**made** [8]  9/12 10/16 10/21 16/1 16/3
17/5 22/9 23/8
**mail** [5]  10/19 10/23 11/1 19/20 29/14
**mails** [1]  10/9
**majoring** [1]  26/16
**majority** [1]  32/10
**make** [18]  5/1 7/5 15/7 15/12 15/24 16/5
19/22 19/24 20/3 21/13 23/13 24/24
31/9 32/25 33/1 33/1 35/21 36/7
**makes** [3]  14/12 15/13 16/23
**making** [1]  35/20
**MALIS** [2]  1/14 3/7
**man** [2]  17/22 25/16
**man's** [1]  17/25
**many** [1]  21/2
**March** [1]  30/23
**mark** [1]  13/2
**marked** [1]  13/22
**marriage** [1]  28/10
**married** [2]  28/5 28/7
**Master** [1]  26/15
**Master's** [1]  11/21
**material** [2]  6/4 20/2
**matter** [4]  13/3 13/21 35/17 37/5
**maximized** [1]  17/10
**maximum** [7]  3/16 3/17 4/17 5/1 5/8
5/19 35/9
**may** [7]  4/2 10/8 14/5 14/9 15/6 33/16
36/3
**May 14th** [1]  36/3

**M**

maybe [1]  19/23
me [8]  3/6 19/23 24/18 25/15 25/19
 25/20 26/1 26/1
mean [1]  18/19
means [3]  14/3 18/20 35/24
mechanical [1]  2/22
mechanism [1]  22/20
media [8]  13/1 13/5 13/7 17/17 17/21
 19/6 19/20 30/15
media's [1]  24/3
meeting [4]  10/13 30/3 30/8 30/23
member [3]  19/5 21/24 30/15
members [5]  3/12 13/6 19/20 29/9 29/17
memo [1]  21/25
memorandum [8]  3/18 3/19 7/2 9/20
 12/24 15/21 19/16 21/24
mental [1]  27/18
mention [1]  22/9
mentioned [1]  19/14
merely [1]  14/15
message [1]  23/23
met [2]  29/10 30/2
method [1]  9/8
methods [2]  18/6 19/11
MICHAEL [2]  1/14 3/5
might [3]  15/9 20/6 20/6
migrated [1]  27/24
militarized [1]  7/22
military [9]  7/19 8/19 12/11 26/18 26/23
 30/6 30/10 31/7 31/17
minimize [1]  13/17
minus [1]  4/13
misconduct [3]  12/8 30/18 31/23
misguided [1]  14/4
misleading [1]  18/5
misses [1]  13/2
mission [4]  12/17 17/23 23/6 25/16
mistake [10]  9/21 9/24 10/22 15/22
 15/24 15/24 16/1 16/3 23/10 30/17
mistakenly [1]  12/25
mitigate [2]  14/8 15/1
mitigation [1]  14/13
moment [2]  20/11 25/12
month [3]  6/13 10/5 14/22
monthly [1]  27/13
months [5]  3/23 4/17 11/13 34/3 34/4
moral [1]  32/4
more [10]  10/9 16/25 18/17 18/24 19/24
 20/15 21/2 21/3 23/1 24/6
Moreover [1]  13/5
morning [2]  3/5 3/10
most [6]  6/2 7/21 9/4 15/17 16/18 32/21
mostly [2]  24/19 28/3
mother [1]  27/22
motivated [3]  12/7 12/21 32/5
motivation [2]  31/22 31/24
motive [1]  24/10
moved [1]  28/2
Mr [31]  15/5 15/22 16/10 16/15 16/17
 16/24 17/4 18/14 19/16 19/23 20/11
 20/12 20/14 20/18 21/2 21/15 21/18
 22/7 24/4 29/11 29/13 29/24 30/1 30/2
 30/4 30/8 30/12 30/15 30/16 30/22
 35/17
Mr. [53]
Mr. Harvey [1]  15/8
Mr. Kim [46]
Mr. Kim's [6]  17/7 21/3 21/7 30/16 31/21
 31/21
much [8]  15/7 17/2 18/17 24/8 24/19
 25/11 25/19 33/24
multiple [2]  10/15 22/3

**N**

name [1]  31/10
nation [4]  8/21 9/18 12/12 31/4
national [17]  3/16 9/23 13/13 14/1 14/6
 14/10 19/12 21/10 23/25 26/24 28/16
 29/8 30/5 30/10 30/14 31/1 31/13
naturalized [1]  28/5
Naval [1]  26/22
necessary [3]  23/14 33/25 36/9
need [3]  5/6 6/9 32/6
needs [1]  28/4
neither [1]  9/24
never [6]  15/10 19/11 20/1 23/5 30/13
 32/10
new [5]  2/3 8/14 13/5 20/4 20/19
news [5]  10/11 12/25 13/7 29/10 29/11
no [25]  1/4 3/24 4/4 4/15 5/8 6/14 8/10
 10/20 11/8 11/11 16/12 16/14 16/14
 16/15 18/7 19/8 22/10 26/9 27/15 27/15
 27/19 28/11 33/8 33/19 34/8
nonclassified [1]  16/21
noncriminal [1]  13/1
nondisclosure [6]  11/12 11/14 11/23
 21/17 28/24 29/2
nonproliferation [1]  28/20
normally [1]  20/10
North [27]  7/10 7/11 7/13 7/16 7/19 7/21
 7/23 8/1 8/6 8/7 8/14 8/18 8/25 9/3 9/7
 10/7 10/25 20/18 21/1 27/2 29/14 30/7
 30/11 31/4 31/6 31/14 31/16
not [68]
note [1]  19/7
notes [2]  30/20 30/21
nothing [2]  12/9 31/22
notice [1]  35/25
notify [1]  34/13
now [6]  6/17 15/14 15/16 18/25 24/10
 31/21 32/17 36/14
NSD [1]  1/19
nuclear [6]  7/13 7/19 8/8 8/12 8/15
 12/13
NW [4]  1/15 1/19 2/3 2/9

**O**

oath [2]  9/13 9/22
oaths [2]  13/9 14/10
objection [1]  4/2
objections [1]  3/24
obligated [1]  11/16
obligating [1]  28/24
obligation [1]  34/14
observed [2]  9/5 14/15
obtained [1]  9/9
obvious [3]  15/17 19/23 19/24
obviously [2]  4/19 6/22
occasion [2]  15/8 30/20
occasions [1]  30/19
occur [1]  20/10
occurred [2]  8/5 15/10
of 2009 [7]  10/8 11/7 11/13 28/15 28/23
 29/10 30/23
off [1]  17/11
offense [9]  4/13 4/13 4/14 4/16 5/11
 5/22 28/13 31/11 33/6
office [12]  1/15 3/7 24/21 27/5 27/6 27/8
 28/17 29/11 34/16 34/24 35/4 36/1
officer [1]  4/6
official [2]  2/8 17/21
officials [4]  14/5 17/16 18/11 24/4

**Okay [1]**  25/2
old [3]  4/9 28/9 28/7
one [19]  3/23 3/25 4/22 6/14 7/21 10/12
 12/5 15/10 16/10 18/7 19/1 22/18 23/22
 26/22 27/23 29/16 31/11 36/12
one-sided [1]  15/10
one-year [1]  6/14
ongoing [1]  12/4
online [1]  17/20
only [7]  9/6 13/17 14/18 14/20 17/6 19/1
 30/21
operating [2]  17/1 17/1
operations [1]  26/23
operator [2]  27/21 27/23
option [2]  4/8 18/21
oral [2]  16/16 21/20
orally [4]  13/18 14/2 30/4 30/12
orange [1]  23/4
order [4]  4/8 6/8 22/2 35/6
ordered [1]  4/2
organization [1]  10/11
other [9]  10/22 14/3 14/5 16/7 26/22
 28/21 30/15 30/18 34/19
others [5]  5/21 14/9 14/16 17/14 33/8
otherwise [2]  18/17 18/22
our [18]  7/12 7/12 8/21 11/10 12/15
 12/16 14/10 15/21 16/21 16/22 18/20
 19/8 19/16 21/14 21/23 22/15 22/19
 23/11
out [9]  8/8 10/1 18/20 21/19 21/23 22/15
 23/5 25/7 26/7
outside [3]  9/12 17/1 30/2
over [9]  5/3 5/8 7/24 13/24 18/9 19/7
 25/11 25/25
overclassified [1]  9/11
oversaw [1]  28/19
owe [1]  25/19
own [5]  12/22 21/25 22/12 30/1 32/6
owner [2]  27/21 27/23
owner/operator [2]  27/21 27/23
owns [1]  27/14

**P**

paid [2]  22/16 34/14
paper [1]  20/16
papers [1]  22/15
Paragraph [2]  4/1 4/1
parents [1]  28/1
Parke [2]  2/2 3/11
part [3]  7/20 19/5 31/21
particularly [2]  6/1 8/5
parties [5]  5/3 5/10 5/10 14/22 36/11
 36/20
parties' [2]  6/25 14/24
party's [1]  13/3
past [2]  7/23 25/11
path [2]  6/7 33/18
pay [3]  27/15 34/4 34/6
payable [1]  34/10
paying [3]  21/6 23/10 28/8
payments [1]  16/15
penality [1]  18/22
penalties [2]  17/9 20/9
penalty [2]  18/16 23/1
peninsula [2]  20/21 21/13
Pentagon [1]  27/5
people [8]  17/17 18/3 21/10 21/11 21/14
 21/21 24/21 26/1
period [4]  6/13 8/5 23/4 35/8
periodic [1]  35/2
permission [1]  35/14
person [10]  11/17 14/18 16/1 22/20 23/2
 23/3 28/10 28/25 29/14 34/16
personal [4]  19/15 21/12 22/12 27/20

**P**

**personnel [1]** 24/20
**perspective [3]** 6/3 32/6 33/15
**Ph.D [1]** 11/22
**phone [3]** 29/14 29/25 30/2
**phrase [2]** 16/13 19/9
**physical [1]** 27/19
**piece [1]** 20/15
**place [2]** 7/3 36/4
**placed [1]** 9/8
**plainly [1]** 11/25
**planned [1]** 33/17
**plea [20]** 3/15 3/22 4/3 5/18 6/12 6/23 9/5 9/13 9/22 11/5 13/4 15/2 15/19 16/9 17/20 18/16 19/8 24/14 33/4 33/12
**plead [1]** 9/7
**pleadings [1]** 26/4
**please [4]** 3/3 11/2 15/6 25/2
**pled [4]** 11/3 11/9 23/18 32/17
**point [9]** 15/17 19/7 19/22 20/23 21/19 26/13 31/16 36/12 36/13
**pointed [2]** 21/23 22/15
**points [3]** 4/13 4/15 17/4
**policies [1]** 24/1
**policy [7]** 13/1 13/6 19/6 20/4 22/20 23/6 25/14
**poor [1]** 17/22
**portions [3]** 5/14 16/22 29/21
**pose [1]** 35/3
**posited [1]** 31/25
**position [5]** 5/5 5/12 9/2 21/9 22/13
**positions [1]** 26/25
**possess [2]** 34/19 34/20
**possible [4]** 19/25 20/2 20/5 23/24
**post [2]** 19/3 20/19
**PR [1]** 15/11
**preparedness [6]** 8/20 12/12 30/6 30/11 31/7 31/17
**present [1]** 26/20
**presentence [3]** 3/18 5/15 35/5
**presenting [1]** 6/5
**preserve [1]** 35/16
**president [1]** 21/10
**pretrial [2]** 3/20 5/25
**pretty [2]** 18/8 18/16
**previously [2]** 13/11 14/14
**price [2]** 22/17 23/10
**print [1]** 31/19
**prior [5]** 5/6 8/7 10/6 11/13 28/23
**prison [2]** 25/23 33/5
**Prisons [4]** 34/3 35/21 36/7 36/16
**private [1]** 19/19
**probably [3]** 6/2 15/11 17/23
**probation [6]** 4/6 4/22 34/16 34/24 35/4 36/1
**problems [1]** 25/8
**Procedure [1]** 5/16
**procedures [3]** 6/8 6/9 32/23
**proceeding [1]** 19/5
**proceedings [6]** 2/22 5/25 20/5 22/6 36/22 37/5
**process [2]** 32/22 36/4
**produced [1]** 2/23
**professional [1]** 12/22
**proffer [1]** 28/14
**program [1]** 8/15
**prohibits [1]** 13/25
**promising [1]** 32/9
**proper [1]** 14/25
**properly [2]** 9/14 31/1
**property [2]** 16/14 27/15
**proposed [1]** 6/25
**prosecute [1]** 19/3
**prosecuted [2]** 18/3 18/12
**prosecution [3]** 14/16 21/24 24/8
**prosecutorial [1]** 6/6
**protections [1]** 13/6
**prove [1]** 6/6
**provide [3]** 13/7 15/10 31/13
**provided [4]** 22/10 23/11 23/16 24/23
**provides [1]** 15/3
**providing [2]** 13/19 19/4
**provision [3]** 4/3 5/4 35/1
**provisions [2]** 4/18 24/13
**public [3]** 18/5 21/8 31/20
**publications [1]** 26/19
**publish [1]** 32/15
**published [2]** 17/14 30/9
**punishment [2]** 17/15 33/7
**purpose [1]** 12/22
**purposes [1]** 18/3
**pursuant [2]** 4/6 23/18
**put [13]** 16/8 16/24 17/7 17/25 18/14 18/14 19/16 19/18 21/3 21/9 23/14 24/13 31/19
**puts [2]** 7/6 20/7

**Q**

**question [2]** 7/9 10/11
**quickly [1]** 25/7
**quote [4]** 13/12 14/15 21/16 21/17

**R**

**raised [1]** 3/25
**raises [1]** 19/16
**range [1]** 35/10
**ranges [1]** 5/7
**ranging [1]** 21/10
**rather [3]** 9/12 10/22 13/18
**read [15]** 10/15 11/2 13/22 15/9 16/7 17/10 17/20 17/21 18/2 20/14 20/18 23/12 24/4 25/6 29/22
**reading [2]** 20/14 29/23
**ready [1]** 6/9
**real [1]** 27/15
**really [2]** 18/18 32/2
**reason [3]** 6/10 9/16 33/19
**reasonable [2]** 6/15 26/6
**reasons [1]** 9/10
**rebuilding [1]** 25/21
**receive [1]** 13/1
**received [1]** 13/1
**receiving [1]** 35/25
**recitation [1]** 16/16
**recited [1]** 21/2
**recommend [1]** 35/19
**recommendation [3]** 35/20 36/13 36/19
**record [8]** 3/4 5/13 7/5 15/12 16/5 21/19 26/4 37/4
**recorded [1]** 2/5
**records [1]** 19/20
**reflected [1]** 30/20
**reflects [4]** 5/21 15/13 19/18 33/6
**regard [2]** 6/22 27/1
**regards [1]** 28/20
**regime [2]** 7/13 20/23
**regret [1]** 16/1
**regular [2]** 28/9 29/7
**relating [3]** 29/8 35/18 36/4
**relationship [2]** 10/5 12/4
**relatives [1]** 18/20
**release [8]** 3/23 4/9 4/11 4/21 6/14 34/4 34/15 35/4
**released [2]** 25/22 34/17
**relevant [3]** 15/17 16/25 17/6
**relief [1]** 24/9
**remained [1]** 8/22
**remarks [2]** 16/5 21/18
**remorse [1]** 10/21
**remotely [1]** 27/10
**repeat [2]** 15/15 33/21
**repeatedly [2]** 8/2 9/12
**repeating [1]** 30/21
**report [22]** 3/18 3/20 4/4 5/15 10/16 10/18 16/20 16/21 18/4 24/3 29/4 29/16 29/21 29/23 29/23 29/25 30/5 30/25 34/15 35/5 36/2 36/2
**reporter [30]** 2/8 2/8 9/14 9/23 9/25 10/5 10/5 10/10 10/13 10/15 10/17 10/20 10/24 11/2 11/3 11/6 12/1 12/4 12/7 12/10 13/18 13/19 13/21 13/23 14/19 16/11 25/8 29/10 31/18 32/14
**reporter's [1]** 10/11
**reports [1]** 18/10
**represented [1]** 7/11
**request [2]** 35/13 35/15
**requested [1]** 35/19
**require [1]** 24/20
**required [2]** 6/3 35/2
**research [3]** 26/22 27/3 27/3
**reserve [1]** 24/9
**resisted [1]** 19/10
**resolution [2]** 7/1 20/6
**resolutions [1]** 8/9
**resolved [2]** 5/6 5/13
**resources [2]** 32/19 33/2
**respect [1]** 33/2
**respond [2]** 15/12 24/18
**responded [1]** 4/6
**responsibility [7]** 4/14 6/24 15/19 15/23 25/13 32/18 33/3
**responsible [1]** 27/14
**Restitution [1]** 4/23
**restricted [1]** 29/18
**resume [2]** 16/9 20/14
**retired [2]** 27/21 27/22
**returned [1]** 28/2
**revealed [6]** 10/4 10/9 12/10 12/14 14/17 19/11
**revelation [1]** 19/19
**revised [1]** 12/25
**right [8]** 3/14 10/15 15/5 21/18 24/24 26/2 35/7 36/20
**rightfully [2]** 14/14 14/21
**rights [1]** 35/16
**risk [3]** 9/8 17/25 35/3
**risked [1]** 14/10
**robbing [1]** 8/21
**Robert [1]** 19/3
**rogue [2]** 7/13 17/23
**Room [1]** 2/9
**ROSEN [15]** 2/1 3/11 29/10 29/11 29/13 29/24 30/1 30/2 30/4 30/8 30/12 30/15 30/16 30/22 30/25
**routinely [1]** 17/16
**RPR [3]** 2/8 37/3 37/8
**Rule [9]** 3/22 4/3 4/5 4/10 5/18 6/12 6/23 33/4 34/8
**rules [1]** 20/13
**Russian [1]** 18/11

**S**

**said [16]** 5/12 10/20 15/20 15/22 16/24 20/12 20/18 21/15 22/17 22/23 23/13 24/11 24/18 28/15 31/13 36/10
**same [2]** 27/11 29/11
**sanctions [2]** 8/9 8/14
**saved [2]** 32/19 33/2
**savings [1]** 27/13
**say [3]** 4/4 10/21 32/3
**saying [3]** 15/25 16/2 23/7

# S

**says [2]** 16/15 20/8
**scholar [1]** 26/11
**school [2]** 26/10 26/13
**SCI [5]** 29/20 30/4 30/14 31/2 32/12
**Science [1]** 26/14
**scope [1]** 20/4
**SCOTT [2]** 2/2 3/11
**screen [1]** 10/19
**second [5]** 8/8 22/5 25/13 28/10 30/24
**secret [13]** 7/9 8/17 8/22 9/6 9/15 11/15 29/5 29/19 30/4 30/10 30/14 31/2 32/12
**Secret/SCI [3]** 30/14 31/2 32/12
**Secretary [4]** 9/1 27/5 27/7 28/17
**secretive [1]** 9/4
**Section [3]** 1/19 3/9 27/3
**sections [1]** 26/8
**sector [1]** 31/20
**secured [1]** 10/17
**security [11]** 5/23 13/13 14/11 19/12 21/11 24/21 26/16 27/2 27/3 29/19 32/10
**see [6]** 15/24 18/9 33/9 33/22 36/11 36/18
**seeking [1]** 19/2
**selectivity [4]** 17/5 17/6 18/13 24/10
**self [1]** 15/10
**self-serving [1]** 15/10
**send [1]** 35/20
**Senior [3]** 27/1 27/9 27/11
**sense [1]** 15/13
**sensitive [4]** 10/6 12/11 29/6 29/20
**sentence [19]** 3/17 4/20 5/1 5/2 6/13 6/16 13/4 14/22 17/12 18/18 22/25 26/6 33/5 33/5 33/7 33/23 35/6 35/7 35/9
**sentenced [1]** 34/4
**sentencing [24]** 1/10 3/14 3/19 3/20 4/7 4/12 4/21 5/7 5/18 6/25 7/3 9/19 12/24 14/7 14/24 15/21 17/11 19/16 21/24 21/25 24/12 26/3 31/8 35/10
**Seoul [1]** 27/20
**separately [1]** 24/16
**serious [2]** 6/24 31/11
**seriousness [2]** 5/21 33/6
**serve [2]** 5/20 34/4
**service [7]** 4/1 4/8 4/10 21/8 22/11 26/14 26/14
**Service's [1]** 3/20
**serving [3]** 8/1 15/10 25/22
**set [2]** 14/15 26/7
**seven [1]** 10/12
**several [1]** 26/19
**severe [2]** 18/16 18/17
**severely [1]** 12/18
**severity [2]** 14/8 17/8
**shall [7]** 34/15 34/18 34/19 34/20 34/21 34/22 35/4
**she [2]** 22/1 27/22
**shield [1]** 8/1
**short [2]** 12/13 25/4
**should [16]** 5/20 7/7 10/24 12/16 13/1 17/15 20/10 21/17 22/4 23/8 32/4 33/5 35/17 35/25 36/3 36/6
**shouldn't [1]** 17/14
**show [1]** 17/11
**showed [2]** 10/1 12/20
**shows [1]** 22/2
**sided [1]** 15/10
**sides [2]** 22/22 23/19
**signed [1]** 11/14
**significant [1]** 22/17
**similar [1]** 14/16
**Similarly [1]** 14/4

**simple [4]** 11/22 31/6 21/20 32/6
**since [5]** 7/17 8/3 17/6 19/23 30/23
**sister [1]** 27/23
**sit [1]** 26/2
**situation [1]** 22/13
**six [1]** 36/5
**slip [1]** 10/3
**slowly [1]** 25/6
**smart [1]** 33/14
**so [27]** 4/15 5/8 5/13 5/14 5/22 6/9 6/10 6/12 11/24 14/25 14/25 15/14 20/25 21/5 22/14 22/17 23/7 23/9 23/17 25/19 27/15 30/21 33/2 33/21 35/17 36/6 36/10
**society [1]** 9/4
**some [7]** 7/5 10/3 14/2 16/19 19/17 23/21 29/6
**somebody [4]** 16/25 17/1 19/4 20/22
**something [7]** 17/13 19/12 20/15 25/4 25/7 32/5 33/22
**sometimes [2]** 22/4 25/6
**son [3]** 28/7 28/8 28/9
**sophisticated [1]** 8/24
**sought [1]** 7/3
**source [2]** 10/5 27/1
**source/reporter [1]** 10/5
**sources [3]** 19/11 21/22 22/3
**South [5]** 7/12 7/17 7/21 7/23 8/2
**speak [2]** 26/1 35/25
**special [5]** 4/24 8/25 34/5 34/10 34/24
**specific [2]** 11/14 22/24
**specifically [2]** 28/17 30/6
**spend [1]** 20/11
**spending [1]** 21/6
**spoke [2]** 17/21 23/12
**spring [1]** 29/10
**spy [1]** 19/6
**spying [1]** 17/17
**stake [1]** 6/6
**standing [2]** 23/15
**stands [2]** 15/18 18/25
**start [2]** 15/17 25/25
**started [4]** 6/7 19/25 27/10 32/23
**state [10]** 9/1 21/11 27/6 27/7 28/17 28/19 29/11 29/25 30/3 34/22
**stated [1]** 19/10
**statement [3]** 15/7 15/11 24/25
**statements [1]** 7/25
**STATES [19]** 1/1 1/3 1/11 3/3 3/6 7/12 7/18 8/13 9/17 11/12 11/19 15/15 27/25 28/3 31/3 31/5 31/14 31/15 32/11
**stationed [1]** 7/25
**statute [5]** 4/19 11/19 17/9 31/10 35/3
**statutory [6]** 3/16 4/17 4/25 5/8 5/19 35/9
**stenography [1]** 2/22
**STEPHEN [1]** 1/6
**stepping [1]** 33/3
**Steven [5]** 3/3 3/12 3/15 14/19 34/1
**still [3]** 10/18 27/11 31/11
**store [1]** 27/23
**stories [1]** 17/20
**story [3]** 7/6 10/23 21/13
**Street [2]** 1/15 1/19
**strength [1]** 25/25
**strengthen [1]** 13/6
**strong [1]** 23/6
**struck [1]** 10/4
**studied [1]** 28/4
**submission [1]** 35/2
**submit [1]** 34/18
**submitted [1]** 7/2
**subsequent [1]** 26/8
**substance [3]** 27/18 34/21 35/4

**substantial [1]** 6/4
**success [1]** 12/1
**such [6]** 11/18 12/15 28/21 29/7 29/22 34/14
**suffered [1]** 22/25
**suggest [1]** 14/9
**suggested [2]** 10/22 17/12
**suggestion [1]** 14/4
**suit [1]** 23/4
**Suite [1]** 2/3
**summary [1]** 28/14
**supervised [6]** 3/23 4/9 4/11 4/21 6/14 34/4
**supervision [2]** 34/18 34/23
**support [3]** 27/14 28/9 33/10
**supported [1]** 33/11
**supporters [1]** 25/19
**supportive [1]** 28/12
**supports [1]** 20/7
**sure [7]** 15/12 18/8 20/13 21/14 22/1 23/14 25/9
**surprise [1]** 10/2
**surprised [1]** 18/12
**surrender [1]** 35/24
**suspended [1]** 35/3
**Switzerland [1]** 27/24
**system [2]** 12/2 18/20

# T

**take [8]** 16/2 21/12 25/13 32/4 36/4 36/8 36/11 36/20
**taking [1]** 31/22 32/3
**talented [1]** 33/16
**talk [1]** 17/16
**talked [1]** 21/3
**talking [4]** 17/18 18/11 19/5 29/16
**tangible [2]** 16/12 16/17
**tax [1]** 27/24
**team [2]** 21/24 24/8
**telephone [2]** 10/10 10/12
**tells [1]** 7/6
**tension [1]** 8/5
**term [2]** 5/20 34/3
**terms [16]** 3/24 4/5 4/12 5/17 8/10 11/22 21/15 21/16 26/10 26/20 27/12 27/18 28/13 31/8 32/24 33/17
**test [2]** 8/8 8/12
**testing [1]** 12/13
**tests [1]** 35/2
**than [9]** 7/8 10/9 11/8 11/12 11/13 13/19 18/24 20/15 35/8
**thank [7]** 6/21 15/4 15/6 24/22 25/3 25/9 26/1
**that [197]**
**that's [5]** 5/7 6/10 7/4 31/10 32/5
**theft [1]** 16/14
**their [7]** 13/9 14/10 15/1 18/3 18/6 19/20 19/20
**them [3]** 11/23 24/22 25/20
**then [4]** 24/8 27/10 30/1 30/2
**theories [1]** 31/25
**there [20]** 3/24 4/3 4/24 5/3 7/25 10/12 12/8 14/9 15/25 16/13 16/14 18/9 22/10 26/9 27/19 28/11 33/18 34/8 36/4 36/17
**there's [5]** 16/15 18/4 23/21 27/13 36/19
**thereby [2]** 8/18 8/20
**therefore [3]** 17/14 19/22 34/6
**these [4]** 9/10 19/17 24/19 29/2
**they [12]** 18/4 19/2 19/9 19/19 20/18 20/19 20/20 20/20 20/21 33/11 33/12 35/22
**they're [1]** 33/13
**They've [1]** 5/5
**thing [2]** 23/22 25/5

T

things [2]  16/6 21/21
think [9]  6/24 22/9 32/3 32/4 32/5 33/7 33/24 35/22 36/5
thinks [1]  32/1
this [69]
thorough [1]  14/17
those [8]  6/9 10/16 11/16 11/23 19/22 28/19 34/25 36/8
thought [1]  23/14
threat [1]  21/1
threatened [1]  8/2
three [4]  4/13 4/22 10/19 25/11
through [8]  3/25 6/8 13/9 25/20 25/24 32/5 32/23 33/1
throughout [1]  33/12
time [22]  6/10 7/17 8/20 8/23 12/10 16/10 21/6 22/5 22/11 23/4 24/17 24/23 25/10 25/20 26/20 29/17 31/4 31/16 32/4 34/14 36/6 36/7
times [14]  10/15 11/8 20/19 28/10
titled [1]  37/5
to 2002 [1]  26/21
to 2014 [1]  26/24
today [12]  3/6 3/13 7/25 14/21 15/18 17/7 17/20 23/12 23/13 24/18 26/1 33/13
tomorrow [1]  20/1
tongue [1]  10/3
too [1]  25/8
took [1]  8/16
tool [1]  19/1
top [12]  7/9 8/17 9/6 9/15 11/14 29/5 29/19 30/4 30/9 30/14 31/2 32/12
topics [1]  29/14
Total [1]  4/14
towards [1]  7/15
trade [1]  27/22
tragedies [1]  22/18
tragedy [1]  22/22
traitor [1]  19/3
trajectory [1]  23/2
transcript [3]  1/10 2/22 37/4
transcription [1]  2/23
treatment [1]  13/2
trial [5]  6/1 6/5 6/9 15/9 32/25
troops [2]  7/12 7/25
truce [1]  8/11
trust [3]  5/5 5/12 32/13
trusted [1]  32/11
try [1]  25/16
trying [1]  16/24
twice [1]  28/5
two [4]  8/6 13/24 28/10 30/19

U

U.S [11]  1/15 2/9 3/7 7/25 8/9 8/18 8/19 29/9 29/18 34/11 34/23
U.S.C [2]  11/20 26/7
Ukraine [1]  18/12
UN [1]  7/18
unable [1]  35/13
unauthorized [14]  3/15 8/7 9/20 9/22 11/3 11/6 11/7 11/18 12/7 13/25 28/25 29/1 31/2 32/14
unavailing [1]  13/16
unclassified [2]  16/22 21/22
under [8]  4/21 5/15 6/8 6/16 9/13 9/22 35/2 35/16
underground [1]  8/8
undermine [1]  15/23
understand [3]  32/7 33/21 33/22
understanding [1]  20/25

understood [3]  8/23 11/22 21/16
undisputed [1]  15/14
unemployed [1]  27/13
union [1]  27/21
unique [1]  21/12
UNITED [19]  1/1 1/3 1/11 3/2 3/6 7/12 7/18 8/12 9/17 11/12 11/19 25/15 27/25 28/2 31/3 31/5 31/14 31/15 32/11
University [3]  26/12 26/18
unlawful [2]  11/24 13/9
unlawfully [2]  30/12 31/18
unlikely [1]  5/23
unprovoked [1]  7/17
until [1]  34/14
up [6]  10/4 10/18 24/25 25/2 35/21 36/6
upon [2]  8/16 29/23
ups [1]  23/3
upward [1]  35/10
us [2]  24/17 24/23
use [3]  13/14 19/2 34/20
used [9]  9/17 15/8 15/22 16/13 31/3 32/24
users [1]  29/19
using [2]  12/1 30/1

V

valuable [3]  12/15 22/20 23/5
variance [2]  5/19 33/23
various [5]  26/25 28/23 29/9 29/14 31/25
VCI [1]  28/19
verification [2]  27/7 28/18
versus [4]  3/3 16/1 20/1 30/6
very [14]  6/8 11/9 17/2 19/1 19/25 20/2 20/4 23/19 25/4 28/11 28/14 31/11 32/22 33/15
vice [1]  21/10
vice-president [1]  21/10
view [1]  4/5
violate [2]  18/19 22/2
violated [2]  14/10 29/1
violating [1]  11/23
violation [1]  11/18
voluntarily [1]  35/24

W

waives [1]  34/6
walked [1]  31/8
want [6]  6/17 11/25 15/17 20/11 25/20 31/8
wanted [1]  23/13
wants [1]  6/19
war [4]  7/16 8/3 8/11 20/21
was [67]
Washington [6]  1/5 1/16 1/20 2/4 2/10 20/19
wasn't [2]  15/7 15/22
waste [1]  30/18
way [3]  9/11 19/17 36/17
ways [1]  21/2
we [31]  6/4 6/7 6/24 7/4 7/4 7/16 14/24 15/15 15/21 15/24 15/24 16/5 16/7 16/24 19/16 21/5 21/19 21/23 21/25 22/9 22/13 23/17 24/8 24/11 24/13 24/15 24/22 32/23 36/13 36/14
we'll [1]  36/18
we're [2]  3/14 23/15
we've [3]  17/4 29/3 29/16
weapon [3]  7/20 12/13 34/20
weapons [2]  7/13 8/15
wear [1]  23/4
week [1]  21/5
weekend [1]  7/23
weeks [4]  8/6 8/12 18/9 36/5

well [4]  23/21 24/2 28/4 32/20
went [4]  9/6 10/19/19 19/21 23/15
were [10]  8/1 10/12 13/6 16/14 16/24 19/9 19/9 28/7 30/16 32/11
what [31]  8/19 10/21 12/16 15/9 15/16 16/1 17/5 17/25 18/17 18/18 18/21 20/4 20/11 20/17 21/25 22/20 23/12 23/12 23/17 24/1 31/5 31/15 31/20 32/1 32/5 32/24 33/5 33/16 33/21 35/22 35/23
whatever [2]  20/24 35/22
when [14]  9/16 12/3 15/21 15/24 16/8 17/19 18/15 18/22 21/21 22/2 23/24 25/6 25/6 25/22
where [1]  6/1
whether [6]  13/21 14/2 19/2 21/5 36/15 36/16
which [32]  3/20 4/8 4/18 5/1 5/4 5/12 5/20 9/9 15/19 16/2 16/7 16/13 16/16 17/10 17/16 17/20 18/23 19/16 20/5 20/15 21/4 24/15 27/7 28/19 31/10 31/20 33/5 33/10 34/16 35/9 35/10 35/24
while [3]  10/17 29/25 34/18
whistle [1]  12/9
whistleblower [2]  12/6 30/17
who [15]  7/11 10/14 13/7 13/8 14/9 14/18 17/22 19/5 23/2 23/3 25/20 29/19 29/24 31/18 32/14
whose [1]  20/17
why [6]  7/7 15/13 17/8 23/15 32/2 33/19
wife [1]  26/6 28/7
will [23]  6/12 14/23 15/15 17/2 18/9 19/7 22/17 23/1 23/3 24/2 24/4 24/13 24/14 25/8 33/8 33/8 33/10 35/20 35/22 35/24 35/25 36/13
willful [1]  30/16
willfully [3]  11/5 16/2 23/9
willing [1]  19/9
windfall [1]  13/7
wish [1]  24/24
wishes [1]  6/18
within [6]  17/2 27/11 30/8 34/12 34/15 35/12
without [4]  13/20 24/6 24/6 35/14 35/15
won't [1]  25/7
WOO [1]  1/6
word [1]  15/22
work [2]  25/12 27/10
worked [6]  7/18 23/19 25/16 26/21 26/24 28/15
working [1]  8/13
works [1]  36/1
world [5]  7/22 9/4 12/13 21/1 23/23
would [34]  4/3 4/4 4/19 4/23 5/1 5/8 5/19 5/22 5/23 6/3 6/15 7/4 11/24 16/5 17/12 18/4 18/17 20/1 20/3 21/19 22/7 23/17 24/11 25/3 25/5 25/9 29/2 31/3 31/19 32/13 32/14 33/19 33/20 34/8
wouldn't [1]  27/16
wrinkles [1]  36/17
write [1]  10/24
writing [2]  11/8 14/2
written [2]  4/4 25/7
wrong [5]  16/17 18/14 20/8 20/24 20/25

Y

Yale [2]  11/22 26/17
year [5]  3/23 6/14 17/9 28/7 28/10
years [12]  3/17 4/18 4/22 5/2 13/24 17/10 17/12 20/1 25/11 25/18 26/9 26/11
yellow [1]  23/4
yes [1]  23/9
yesterday [1]  18/2

## Y

**York [1]** 20/19
**you [69]**
**you'll [2]** 32/10 34/13
**you're [10]** 22/4 22/23 33/14 33/15
33/16 33/17 34/3 34/16 35/3 35/13
**you've [8]** 24/18 24/23 25/10 32/9 32/15
32/17 32/17 33/21
**young [1]** 33/14
**your [34]** 3/5 3/10 6/21 7/14 7/23 14/23
15/4 15/6 15/7 15/18 16/4 17/6 17/9
18/15 20/23 21/23 22/3 22/8 22/17 23/7
23/17 24/17 25/1 25/3 25/10 32/6 32/18
32/19 33/1 33/17 35/16 36/6 36/12
36/18
**yourself [2]** 3/4 33/22

## Z

**zero [1]** 4/15